ORIGINAL

ECF

# In The United States Court of Federal Claims

RECEIVED
JUN 3 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s) Northrop Grumman Information Technology, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Michael E. Geltner, Esq.

Firm Name: Geltner & Associates, P.C.

Post Office Box: 05- 595C

Street Address: 10 E Street, S.E.

City-State-Zip: Washington, DC 20003

Telephone & Facsimile Numbers: Tel: (202)547-1136, Fax: (202)547-1138

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 1 0 4

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O D

See attached sheet for three digit codes.

Amount Claimed: $ 570,000

Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only) ____________________

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.