ECF ORIGINAL ORIGINAL

FILED
JUN 3 2005
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

Northrop Grumman Information Technology, Inc., )
)
Plaintiff, )
vs. ) No. 05- 595C
)
The United States of America, )
)
Defendant. )
)

NOTICE OF DIRECTLY RELATED CASE PURSUANT TO RCFC 40.2

Please take notice that this case is related to No. 03-23C, Northrop Grumman Computing Systems, Inc. v. United States. The cases involve the same facts and contracts. The previous case was voluntarily dismissed without prejudice due to issues related to the identity of parties, and, after the filing of a new claim under CDA, this case represents a refilling which cures any alleged party defects.

Dated: June 2, 2005

Respectfully submitted,

Michael E. Geltner, Esq.
Geltner & Associates, P.C.
Number 10 E Street, S.E.
Washington, DC 20003
Tel: (202) 547-1136
Fax: (202) 547-1138

Attorney for Plaintiff

Of Counsel:

Erica S. Stoecker, Esq.
ePlus Group, inc.
12595 Dulles Technology Drive
Hemdon, VA 20171-3413
Tel: (703) 984-8120
Fax: (703) 984-8720