IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHRUP GRUMMAN INFORMATION TECHNOLOGY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-595C<br>(Senior Judge Smith) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of J. Reid Prouty as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

J. Reid Prouty
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/J. Reid Prouty
J. REID PROUTY
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
Telephone: (202) 305-7586
Facsimile: (202) 514-7969

Dated: June 30, 2005

CERTIFICATE OF FILING

I hereby certify that on June 30, 2005, a copy of foregoing "NOTICE OF APPEARANCE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/J. Reid Prouty