IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-595C |
| THE UNITED STATES, | ) | (Senior Judge Smith) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT

Defendant respectfully requests an enlargement of time of 21calendar days, to and including October 15, 2005, for the parties to file their Joint Preliminary Status Report ("JPSR"). The JPSR is presently due September 23, 2005. This is our first request for an enlargement of time for this matter. Government counsel has discussed this motion with plaintiff's counsel and represents that plaintiff agrees that the requested enlargement of time is appropriate.

The additional time is requested because counsel for the parties have been unable to adequately confer upon the contents of the JPSR. Government counsel was in Alaska the prior week defending depositions while plaintiff's counsel has been in depositions and unavailable to confer upon the JPSR all of this week. Government counsel will be away from the office taking depositions all of the coming week.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7586
Fax: (202) 514-7969

OF COUNSEL:

John T. Lauro
Air Force Legal Services Agency
1501 Wilson Blvd.
Arlington, VA 22209-2403

September 23, 2005

Attorneys for Defendant