# In the United States Court of Federal Claims

| | | |
|---|---|---|
| NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC. | * | |
| *Plaintiff,* | * | No. 05-595C |
| v. | * | |
| THE UNITED STATES, | * | Filed: September 23, 2005 |
| *Defendant.* | * | Senior Judge Smith |

## ORDER

The Court hereby GRANTS Defendant's unopposed motion for enlargement of time for the parties to file their Joint Preliminary Status Report (JSPR). The JSPR shall be filed on or before October 17, 2005.

**It is so ORDERED**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge