# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | | |
| | * | |
| NORTHROP GRUMMAN | * | |
| INFORMATION TECHNOLOGY, INC. | * | |
| | * | |
| *Plaintiff,* | * | No. 05-595C |
| | * | |
| v. | * | |
| | * | |
| THE UNITED STATES, | * | Filed: November 2, 2005 |
| | * | |
| *Defendant.* | * | Senior Judge Smith |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

**PRELIMINARY SCHEDULING CONFERENCE ORDER**

The Court hereby SCHEDULES a telephone scheduling conference for Monday, November 7, 2005, at 3 p.m. EST.

**It is so ORDERED**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge