# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *

NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC.

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

No. 05-595C

Filed: November 8, 2005

Senior Judge Smith

## SCHEDULING ORDER

Pursuant to the preliminary scheduling conference held on November 7, 2005, the Court hereby ORDERS fact discovery to be completed by March 7, 2006. The Court further SCHEDULES a telephone status conference to be held on the same day, Tuesday, March 7, 2006, at 3:30 p.m. EST to set the schedule for future proceedings.

**It is so ORDERED**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge