# In the United States Court of Federal Claims

| | | |
|---|---|---|
| NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC. | | |
| *Plaintiff,* | | No. 05-595C |
| v. | | |
| THE UNITED STATES, | | Filed: June 9, 2006 |
| *Defendant.* | | Senior Judge Smith |

**ORDER**

Pursuant to the telephone status conference, the Court hereby ORDERS fact discovery to be extended and completed by August 3, 2006. The Court further SCHEDULES a telephone status conference to be held on Wednesday, August 30, 2006, at 3:00 p.m. EDT to discuss the possibility of settlement and to set the schedule for future proceedings, if necessary.

**It is so ORDERED**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge