# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC. | * | |
| *Plaintiff,* | * | No. 05-595C |
| v. | * | |
| THE UNITED STATES, | * | Filed: August 30, 2006 |
| *Defendant.* | * | Senior Judge Smith |

* * * * * * * * * * * * * * * * * * * * * * *

**SCHEDULING ORDER**

Pursuant to the telephone status conference held on August 30, 2006, Plaintiff shall file and service its motion for summary judgment on or before November 17, 2006. Defendant shall file and serve its cross motion and response on or before December 19, 2006. Plaintiff's response and reply shall be filed and served on or before January 19, 2007. Defendant's reply shall be filed and served on or before February 2, 2007. Oral argument shall be held on February 15, 2007, at 2:00 p.m., National Courts Building, Courtroom #9.

**It is so ORDERED**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge