**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **Northrop Grumman Information Technology, Inc.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 05-595C** |
| | ) | |
| **The United States of America** | ) | **Hon. Loren A. Smith, Senior Judge** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff respectfully moves the court to grant summary judgment on the basis of the attached memorandum, depositions and exhibits.

Respectfully submitted,

/s/ Michael E. Geltner, Esq.
Michael E. Geltner, Esq.
Geltner & Associates, P.C.
10 E Street, S.E.
Washington, D.C. 20003
T: (202) 547-1136
F: (202) 547-1138

*Attorney for Plaintiff*