**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 05-595C** |
| **THE UNITED STATES OF AMERICA,** | ) | **Hon. Loren Smith, Senior Judge** |
| **Defendant.** | ) | |

**PLAINTIFF'S DOCUMENT APPENDIX IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**


| | | | Page |
|---|---|---|---|
| 1. | Complaint | | 1 |
| 2. | Answer | | 7 |
| 3. | Certified Claim Submitted to Contracting Officer | | 13 |
| | a. | Initial Claim | 13 |
| | b. | Resubmission | 15 |
| 4. | Contracting Officer's Decision on Claim | | 22 |
| | a. | Initial Decision | 22 |
| | b. | Decision on Resubmission | 25 |
| 5. | Deposition of Joseph E. Johnson and Exhibits | | 26 |
| | Exhibit 1 (inspection and receiving report) | | 82 |
| | Exhibit 2 (letter of essential need) | | 84 |
| | Exhibit 3 (Order No. 5981 and attachments) | | 85 |
| | Exhibit 4 (Amend/Mod P00220) | | 99 |
| | Exhibit 5 (Order No. 6022) | | 107 |

Exhibit 6 (Amend/Mod P00227) . . . . . . . 129

Exhibit 7 (January 28, 2000 Memo) . . . . . . . 154

6. Stipulation Regarding Documents . . . . . . . 158

7. Deposition of Barry J. Bernstein and Exhibits. . . . . . 160

8. Unpublished Opinion in Municipal Leasing Corp. v. United States . . . 321

Respectfully submitted,

/s/ Michael E. Geltner, Esq.
Michael E. Geltner, Esq.
Geltner & Associates, P.C.
10 E Street, S.E.
Washington, D.C. 20003
T: (202) 547-1136
F: (202) 547-1138

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Plaintiff's Document Appendix in Support of Motion for Summary Judgment was sent this 15th day of November, 2006 by electronic filing transmission to:

J. Reid Prouty, Esq.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attention: Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530

/s/ Michael E. Geltner, Esq.