Q If go back to Exhibit 1, I'm just going to take you to the date, November 3, 1999, which is on the Exhibit No. 1, which is the material inspection and receiving report. Do you remember anything at all about this procurement that you haven't, we haven't talked about, up to that date?

A No. I think I've accurately characterized what I remember leading up to this date that you're now mentioning.

Q Okay. Is it accurate to say that the software was delivered to your shop prior to 11/3/99, and this Exhibit No. 1 basically reflects that fact?

A Yes. I don't have a recollection of that day of it arriving, but based on this document, the fact that it's signed on 11/3/99, I would say yes, it arrived on or about that date. It says, Date Shipped up here, as a matter of fact, if that's the actual software ship date, 21 October '99.

Q Do you have any recollection of what happened at about the time of this document in connection with the software? That's not a good question. I'll try another way.

I've been involved in various cases involving deliveries. Sometimes stuff gets delivered and put into a corner and never used. Sometimes it gets implemented immediately. Sometimes it goes through testing or an inspection period before acceptance. That's sort of what I'm after. What do you know about the actual software and what the Army did with it when it got it?

A It, I guess it was delivered literally to my office. And from there, and I don't have specific recollection of this, but we did go through some testing, and ultimately it ended up down at field testing down at Ft. Hood, Texas. So I don't believe it sat around very long.

Q When you use the term "it," what was the media on which it came?

A I think CDs.

Q So you think CDs showed up at your office?

A Yes, with manuals. Manuals, too.

Q And at some point the CDs went from your office to Ft. Hood, Texas?

A Yeah. There might have been some lab testing in between there. I don't recall the

specifics.

Q Where would the lab testing have occurred, here or Ft. Hood?

A I don't know, I can't recall. I don't believe the lab testing occurred at Ft.Hood, but I can't tell you for sure, I can't remember where.

Q Do you have any idea whether the lab testing preceded your signature of Exhibit 1?

A I couldn't say, I couldn't say.

Q Let me ask you another way. If you look at your signature on Exhibit No. 1, and it's in a box, and it looks like there's some kind of a checking or starring or X-ing in a box called acceptance. Do you know if that has any significant answer?

A To me it was, the significance to me, if that's the question, was that I had physically received the software delivery including manuals, perhaps, and that's what I was signing for, receipt of delivery.

Q Did it follow from that whatever testing occurred subsequent to the signature?

A Some of it certainly did, yes. The testing at Ft. Hood was subsequent to that, I

believe. My dates could be wrong.

Q What do you remember happening next in relation to the software?

A Next from what point?

Q From this date after you received it and shipped it off to Ft.Hood?

A I guess it was utilized down at Ft. Hood during some testing, and had at least one testing person down there working with Rick O'Brien's technical folks to see how the software was going to work on the systems in a tactical environment.

Q Was the technical person an employee of yours?

A At the time he was a contractor.

Q Contractor who was contracting with your office or with somebody else?

A Yes, my office.

Q What happened next?

A Long time ago, I may have sequential dates confused, but testing went on at Ft.Hood, issues were raised, and discussions occurred with Mr. O'Brien regarding certain issues with the software that we were having.

Q Do you have a sense of what this

timeframe is?
A No. No, I'd be guessing.
Q I'm trying to keep things in sequence, so let's mark one other document. This is a memo, it's got Bates 137.
(Memo dated 1/28/00 is marked Exhibit 7 for identification.)
Q Just for the record, we just marked No. 7, it's Bates No. 137 and 138. It's not a document you've ever seen, is it?
A No.
Q Who is Barbara Star, if you know?
A I don't know.
Q There is a reference in that memorandum to a conference call involving various people related to the acquisition of this software. Do you remember if you had anything at all to do with the conference call?
A I do not remember.
Q You can read it through to see if it refreshes your recollection at all.
A This is the conference call you're talking about, our conversation?
Q Yes. Some kind of a telephone call is referred to there, and I'm simply trying to find

out if you know anything at all about it.

A I don't know who Teresa Harris is, either. There's a reference to that person in here. I don't recall seeing this document nor participating in this conversation. I don't recall.

Q Okay. It's a total blank to you?

A I'm sorry.

Q It's a total blank to you?

A (Witness nods head.)

Q What do you remember happening next in connection with the software that's the subject of this dispute? Before I interjected this memo you told us that some issues were raised at Ft. Hood, that there were some discussions with Rick O'Brien relating to the issues with the software. Do you know what the issues were?

A Yeah, the issues regarding the operational usage of the software involved around a couple of areas. One was a GUI interface for the processors that we were using for our equipment. There was there was also an issue in terms of queueing of messages, as well as positive receipt at the distant end of messages.

Q Can you explain a little more what you

meant by a GUI interface?

A And this is based on feedback I received from folks at Ft. Hood, I guess, that were down there. I'm trying to remember the platform that this software runs on, because the Starburst software did not have a GUI user interface for the Solaris platform, it came to me finally, which is what our machines were based on. And because of that, it was very difficult to set up and configure the software to the point or degree that while at Ft. Hood I believe primarily engineers were needed to do that interface. It wasn't user friendly enough for soldiers to configure.

Q All right. That was the first point. What was the --

A The second one was a technical issue. And this is the best of my recollection discussing with the technical people. There was an issue with the software operating the difference between the lab environment and that which we were in at Ft. Hood was that was an actual tactical scenario in the field utilizing communications, Army communications equipment.

Starburst had the inability to, I guess

react to the loss of signals, or the loss of distant-end customers to the extent that there was a queueing issue. If, and I'm generalizing this as I'm trying to remember. As you might lose a distant end, the software would continue trying to pass information to that person, and there would be a queueing backup which would not allow it to pass readily follow-on information. And, in the tactical scenario, distant ends coming up and down, in and out of the radio net is a common occurrence, and that was one of the challenges, and always is in a tactical environment. And that was one of the primary challenges of the multitask software, Starburst was to deal with that tactical issue where the links are not as they are in a commercial workspace where you have LANs, connections come and go. That was a very long explanation.

Q Is that really a long explanation for your second and third point, queueing and positive receipt at the distant --

A Yeah, the third one is sort of related where we required positive receipt that the distant end received it, and received the information and I believe actually opened it.

And we would get that confirmation back in terms of a fire and a warning order that we wanted a receipt that said that it had been received and viewed.

Q Was it not doing that?

A I believe it was not doing that since that was the report I got back. Not the report, but that's the information I received.

Q Well, what happened as a result of the discussions?

A The discussions with Rick O'Brien in particular on, let's say the GUI interface, I can remember an e-mail that he said, in essence, I saw this coming. The Air Force I believe also was running their Starburst software on Solaris machines and they, too, were looking to improve that GUI. And I believe the response at the time was that's coming in version 2.0, which was the next version of the Starburst that was to be released.

Q Did you understand that the Air Force in a separate procurement had also procured some of the same software?

A I believe so. Rick O'Brien was selling to a lot of people. And I remember an e-mail

particularly, and maybe Rick sent it to me, that referred to an Air Force point of contact that had the same, maybe he even said that in his e-mail, that the Air Force has the same issue with the GUI interface on Solaris.

Q Just so we have a clear record, can you tell us what Solaris is?

A I could not explain it in detail, other than that's the description of the computing platform. There's Intel machines, I guess, and Solaris requires a different, and there's an NT box. There's different, I don't want to say operating systems, because I believe it's more than that. But it's the operating platform and operating system that we were using on our command systems at the time, battle command systems.

Q What happened next after you got the explanations from Rick O'Brien?

A I'm trying to accurately timestamp these things. It's been a long time, so I might have things out of sequence. But I believe when those discussions occurred, soon after those discussions I received an e-mail from one of my folks at Ft. Hood that alerted me that Starburst

was being sold, and there was going to be, or it was being sold being purchased by Adero, a new company.

And I think the next communication that I had with Rick, aside from, hang on, 2.0 is going to answer these questions, was the announcement of the move to Adero, and their new model for Starburst-like capability. And I believe that was the last time I heard from Rick O'Brien.

Q When you say Starburst-like capability, you mean the multicast capability?

A Yes. But when they shifted to Adero the, and I'm projecting this as best as I remember, the Starburst application software itself was pulled, was no longer available. And Adero was using a different model to do similar Starburst-like capacity, they might have been using Starburst software, I'm not sure. But their model was to literally sell bandwidth. It was a commercial model that would have never met our tactical needs, the way we were going to employ that application software.

Q Do you have any idea when these discussions occurred?

A Which discussions.
Q Your determination, I guess that Adero had taken over Starburst and they were using a different methodology?
A These were e-mails, I believe. I can't remember a verbal discussion on the topic.
Q Can you tell us when?
A There might have been.
Q Can you tell us when the e-mails or discussions, if there was any, occurred?
A I'd be guessing.
Q Could you estimate it in relationship to when the initial receipt was of November '99?
A You asked for an estimate, that's all it would be. I'm thinking January/February -- no, that doesn't fit. I don't think I have a date that I want to even project for you on that.
Q Do you know whether or not you MIPR'd funds for the second fiscal year?
A Yes, I believe we did do that.
Q Do you know if you MIPR'd funds for a third fiscal year?
A I believe that that was the third of four options. Again, I'm recalling, and I think that was the one that was not made, the final

two. And, again, that's...
Q Assuming that you're right, that the third option year was not picked up; is that what you're saying, not exercised?
A I believe so, but that's the best I can give you. I believe so, I can't stand firm on that.
Q Let's go back to the second fiscal year where you said you did MIPR funds. Do you remember what the process was in the second fiscal year?
A I believe the process was simply the due date came, and request that our funding folks MIPR out to the Air Force the correct amount for that first option payment, if that's what it was.
Q That you made the request to your funding folks to MIPR out the money to the Air Force?
A It could have been based on someone else triggering me to do that. And, you know, I can't say that I did that completely on my own, but I guess the payment came due, and I requested that they send the money forward.
Q When the third year came did you not request that money go, get MIPR'd to the Air

Force?

A Yes. If that was the year that, if that was the option -- you're saying it's the third, I'm not stating that that's absolutely right. But, yeah, the one that we did not make payment on, that decision was made by me.

Q Can you tell us about the decision?

A Thinking back, based on where we were with the software and -- which was nowhere, and I believe leading up -- I could be wrong. We had not heard from Rick O'Brien. We had stopped utilizing the software. And at the time I believed it was an option, that I chose not to exercise, I guess.

Q So, in effect, you made the decision not to exercise the option?

A Yes.

Q Did you, you said you were not utilizing the software at the time. Did the software ever get beyond testing?

A No.

Q Just so we've got it clear, can you tell us why you made the decision not to utilize, not to exercise the option?

A Thinking back, there was several

reasons, I guess. The one was the technical inefficient issues that we had. The fact that the software was sold to someone else and apparently not available, Starburst. And that might have been among other reasons, but those are the two that I remember.

Q Did your inability to get money to exercise the option year have anything at all to do with the decision?

A No.

Q Do you know if you or anybody in your shop had any communications with Logicon about solving any of these problems?

A Yes, we did. And, again, timeline-wise, I know the occurrence, I can't give you a date. I believe the first person from Logicon that presented themselves to me post not exercising/MIPRing dollars for that option, I believe that was Guy Spears.

Q So you're saying this is post not exercising, post not MIPRing, you think?

A I'm thinking back. I'm not sure whether that's, I can't say for sure whether it's post MIPRing, or just simply post Starburst is gone. Do you understand that?

Q Yes.

A Okay. Sequentially I can't state emphatically which came first.

Q I understand that. What do you remember about the communication?

A I believe that Guy Spears called up, and I'm assuming his, his is the name I remember we dealt with. And recognition that Starburst is no longer a viable option. And he was interested in pursuing what might elsewhere be out in the marketplace to fulfill similar or the same need.

Q What happened?

A What happened?

Q Yes.

A I believe they identified a product called Cash Stream, I believe that's it. But it never got to the point where it was seriously considered, I believe, as a replacement.

Q Serious consideration by them or by you?

A By both. We just never got to that point because -- okay.

Q You can complete the answer.

A They're looking for a replacement of a software package that was touted as being very

specific in the first place, Starburst. That's all.

Q So it's fair to say that Mr. Spears' efforts went nowhere?

A Yeah. In fact, we had discussions, and I think there were even some technical discussions. But we didn't, yes, it didn't result in a resolution, no.

Q What happened with the Starburst software that's the subject of the dispute?

A It was stopped, it was no longer used. One point that sticks out was we began discussions with Guy Spears. He relinquished, I guess, the requirement to return the software to Starburst or Logicon, which was something that was discussed at the time, and he relinquished that requirement, I guess.

Q Was he trying to get to you keep it?

A There was no point in keeping it at that point. I can't say what his intent was.

Q Do you remember what he said about it?

A You don't have to return the software to Logicon. And I guess it was because we were in discussions about potential replacements at the time.

Q What was, what's happening, when you failed to exercise the option, what's happening in the field environment in relationship to what the software was to be used for?
A At that point in time -- and this is based on discussions, again, with some technical folks, I don't claim to be the expert -- but they were moving towards more of an Internet-based HTTP messaging system on the systems.
Q Do you think you could explain that in a way that non-technical people could follow it?
A Not very well.
Q Probably better than me.
A At the risk of inaccurately describing it, I might not want to take a shot at it, but it was basically Internet-type technology using HTTP protocols to pass information between AB, between systems. Again, that's my characterization.
Q What do you mean by AB?
A I was going to say the ABCS system. The Army Battle Command System.
Q ABCS has Army Battle Command System?
A Right.
Q Could you fix that in time?
A It was long ago. I apologize. I have

points, but the alignment of those points against a timeline might be inaccurate.

Q What else do you remember happening in relation to the Starburst software that's the subject of this lawsuit? We're now at the point where I think you've not exercised the option, and had discussions with Mr. Spears and possibly some other people from Logicon, and they seem to have gone nowhere. What else do you remember?

A There were a few other ongoing conversations. The last contact that I remember was, I believe, and this was post Guy Spears, Barry Bernstein I believe was his name.

Q What do you remember about that?

A Not much. I think he might have entered my office via phone call. And basically I think the intent was to see if anything could be done.

Q Do you remember any details?

A At that point, and this is really towards the tail end, I think, with Mr. Bernstein we were discussing almost numerous types of possible support. But they never reached a point of closure.

Q Is this similar or follows on with the

Spears conversations where you were looking to identify similar software to replace the Starburst?

A No, not at that point with Mr. Bernstein. It was even, I think it was more wide open with him than even just simply the retention of similar software.

Q Did this again go nowhere, like the Spears conversations?

A Yes.

Q Do you remember anything else after the Bernstein conversations going nowhere?

A I don't believe anything occurred. I think that was the final attempt. I think Mr. Bernstein was the last contact.

Q Do you, did you become aware that there was a claim filed at any point?

A After the discussions with Mr. Bernstein. That's why I was trying to remember how that, how I even became aware of that, because that was obviously subsequent to Mr. Bernstein's conversation. I cannot remember when I was first made aware of a claim.

Q Did you talk to anybody about a claim? And don't give me any privileged information,

don't tell me what think lawyers told you.

A I don't understand the question.

Q Did you talk to anybody about a claim? But don't tell me any conversations you had with any lawyers for the government.

A If I understand your question, and I cannot remember how I became aware of the claim, it's just not there. But at some point I believe after I became aware of the claim we did engage CECOM legal. And, to the best of my recollection, that's the sequence of events. I could be wrong, I could be wrong.

Q Don't tell me anything about conversations you've had with CECOM legal or vice versa. Did you talk to anybody else about the claim?

A Specifically I can't remember. I might have, I can't remember.

MR. GELTNER: Why don't we break for about a minute or two? I think we're just about done. I want to take a look at a couple of these documents to see if I've missed anything.

(A break is taken.)

CONTINUED DIRECT EXAMINATION BY MR. GELTNER:

Q Mr. Johnson, we're back on the record

after a short break, and I understand that you wanted to clarify one of the previous answers?

A Yes. One of your earlier questions was, I think, did I talk to anybody else about the claim. And, in fact, I do remember that I brought it to the attention of my boss at the time. So he was aware of it. And Eric Stern, who is our BMD contracts type, also brought it to his awareness, too. I believe that was the couple of individuals that I did make aware that the claim was filed.

Q Did you have to write any kind of report in relation to the claim?

A Not a report, per se, but I think there were, I don't know if they're called interrogatories, but there were questions that were posed.

Q You worked on the answers to the questions?

A Yes.

Q I want to go back to the beginning and the acceptance process, if we could for a minute. Was there any kind of formal acceptance process that you were aware of in your office at the time, the time being 1999?

A Acceptance of what?
Q Of the deliverables.
MR. PROUTY: Are you referring to Exhibit 1?
MR. GELTNER: Yes, yes.
Q You can go back to Exhibit 1 and see if that helps.
A No, though I don't -- no, I don't believe there was an official mechanism. Like I said, to the best of my recollection, these things showed up in my office, that's with the shipping, they shipped literally to my room.
Q Is it accurate that you don't have any further certification process that's necessary for the contractor to get paid, beyond Exhibit 1?
A I can't even testify that Exhibit 1 is the mechanism by which the contractor gets paid.
Q Okay. Is there anything else you know of?
A No. Other than, as I said earlier, the MIPR of the money out to the Air Force contracting office.
Q Let me ask the question a different way. In some places I have seen, for example, a 30-day testing period before any product can be

accepted. Is there anything like that in your shop, some mandatory requirement that something that is shipped in to the government has to go through before it is officially, quote, accepted, close quote?

A No, not that I'm aware of.

MR. GELTNER: Okay. I think we're finished.

MR. PROUTY: I've got nothing.

(Whereupon the deposition concluded at 12:35 p.m.)

J U R A T

I DO HEREBY CERTIFY that I have read the foregoing transcript of my deposition testimony.

[signature]

SWORN TO AND SUBSCRIBED BEFORE ME THIS 11th DAY OF September 2006

Johanne E. Crawford, Esq
Attorney at Law
Expiration 31 December 2006

CERTIFICATE

I, SUSAN M. STYRON, Notary Public and C.S.R. of the State of New Jersey, License No. XI01704, do hereby certify that prior to the commencement of the examination JOSEPH E. JOHNSON was duly sworn by me to testify the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a true and accurate transcript of the testimony as taken stenographically by and before me at the time, place and on the date herein before set forth.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

Susan M. Styron

Notary Public of the State of New Jersey
My Certificate expires January 25, 2009
Dated: March 17, 2006