11/23/1999 06:29 3105212695 ICASE LOGICON PAGE 02

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved OMB No. 0704-0248

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0248), Washington DC 20503.

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401.

1. PROC. INSTRUMENT IDEN. (CONTRACT): F01620-94-D-0002 (ORDER) NO.: 5981
6. INVOICE NO./DATE:
7. PAGE 1 OF 2
8. ACCEPTANCE POINT: D

2. SHIPMENT NO.: STA0001Z
3. DATE SHIPPED: 21Oct99E
4. B/L: TCN
5. DISCOUNT TERMS: .000% 00 Days net 30

9. PRIME CONTRACTOR CODE 56474
Logicon
222 West 6th Street
P.O. Box 471
San Pedro, CA 90733-0471

10. ADMINISTERED BY CODE FA8771
Standard Systems Group/ICASE
Directorate of Contracting/PKS-4
85 Hodges Avenue, So Bldg 403
Maxwell AFB-Gunter Annex, AL 36114-3004

11. SHIPPED FROM (If other than 9) CODE FOB D
Starburst, Inc
C/O Logicon, Inc.
222 West Sixth Street
P.O. Box 471
San Pedro, CA 90733-0471

12. PAYMENT WILL BE MADE BY CODE HQ0304
DFAS-SL-FPV
P.O. Box 200009
St. Louis, MO 63120-0009

13. SHIPPED TO CODE NA-017-004
Mr. Joseph Johnson 732-427-2672
PEO Cmd, Ctrl & Comm Systems
SFAE-C3S-HTI
Meyer Center, Bldg. 2700, Rm 3C140C
Fort Monmouth, NJ 07703

14. MARKED FOR CODE
Special 330.-03

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number) | 17. QUANTITY SHIP/REC'D* | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| | DETAILS BEGIN ON CONTINUATION FORM DD250C (PAGE 2) | | | | |

EXHIBIT 1 3/2/06

21. CONTRACT QUALITY ASSURANCE

A. ORIGIN
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents

DATE SIGNATURE OF AUTH GOVT REP
TYPED NAME AND OFFICE

B. DESTINATION
☐ CQA ☒ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents

11/08/99 [signature]
DATE SIGNATURE OF AUTH GOVT REP
TYPED NAME AND TITLE

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.

DATE RECEIVED SIGNATURE OF AUTH GOVT REP
TYPED NAME AND OFFICE

*If quantity received by the government is the same as quantity shipped, indicate by (√) mark, if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY

**LOGICON** IF YOU SHOULD HAVE ANY QUESTIONS CONCERNING THIS MIRR (DD FORM 250), PLEASE CALL JOANNA STEGALL AT (310) 831-0611 EXTENSION 2319

PLEASE SIGN BLOCK 21B, UPON ACCEPTANCE, AND RETURN PROMPLTLY TO THE ADDRESS NOTED BELOW:

Logicon
222 West 6th Street
P.O. Box 471
San Pedro, CA 90733-0471
Attn: Joanna Stegall

App. 82

000068

RECEIVED: 11- 3-99; 10:34AM; 3105212695 => XEROX 3006; #3
11/03/1999 06:29 3105212695 ICASE LOGICON PAGE 03

**MATERIAL INSPECTION AND RECEIVING REPORT** *-CONTINUATION SHEET*

Form Approved OMB No. 0704-0248 | PAGE 2 OF 2

*Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burdened estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Washington Headquarters Services, Directorate for Information, Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0248), Washington DC 20503.*

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401.

| SHIPMENT NO. | DATE SHIPPED | PROC. INSTRUMENT IDEN. (CONTRACT) | (ORDER) NO. | 6. INVOICE NO./DATE |
|---|---|---|---|---|
| STA0001Z | 21Oct99E | F01620-94-D-0002 | 5981 | |

| ITEM NO. | STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number) | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | CLIN 0005 - Software/Documentation | | | | |
| 0001 | 131-WNT-0025<br>Starburst Onml-Cast Server to Server license for up to 25 Server Targets (for Windows NT) | 60 | ea | $15,818.00 | $949,080.00 |
| 0002 | Lease Deferred Starburst<br>Optional Deferred Lease on Starburst Products | -955000 | ea | $1.00 | ($955,000.00) |
| 0003 | Lease Pymt - Starburst<br>Starburst Lease Payment | 100000 | ea | $1.00 | $100,000.00 |
| 0004 | Tbl AT-5.0<br>Starburst Special Pricing Discount (per individual purchase) - CLIN 5 | -173840 | ea | $1.00 | ($173,840.00) |
| | CLIN 0007 - Software Maintenance | | | | |
| 0005 | 131-MNT-0025<br>Annual Support for Starburst Onmi-Cast Server to Server license for up to 25 Server Targets (for Solaris or Windows NT) | 60 | ea | $2,996.00 | $179,760.00 |
| | | | | | $100,000.00 |

App. 83

000069

DD Form 250C, NOV 92 Previus edition may be used

Laser form by Logicon: San Pedro CA 90733 [Form: ISD-DD250 02/98]

22 SEP 1999

MEMORANDUM FOR LOGICON INFORMATION TECHNOLOGY GROUP
ATTN: JOHN del BANDO
222 WEST SIXTH STREET
P.O. BOX 471
SAN PEDRO, CA 90733-0471

EXHIBIT 2 3/1/06

FROM: PEO C3S

SUBJECT: Letter of Essential Need

1. This letter is intended to clarify the essential need of the Program Executive Office, Command, Control and Communications (PEO C3S) for the "Starburst Software License Lease Agreement" currently being prepared for implementation. The planned acquisition consists of a delivery order to be written under the I-CASE Contract (Number F01620-94-D0002), incorporating a lease agreement through Logicon Corporation for use by PEO C3S.

2. PEO C3S has decided to enter into a lease agreement for the Starburst database products to support ABCS 6.0 and beyond. These products are essential to the operation of ABCS 6.0 as they are integral to the system. After considering the alternatives, it was determined that a lease was the most cost-effective means of providing long-term, Program-wide access to the Starburst products.

3. Funding limitations require that the lease plan be structured with payments in annual increments, not to exceed one year's duration each. As outlined in the I-CASE Lease Agreement terms and conditions, the parties understand and agree that the form of the agreement is a lease. The Government shall not be obligated to continue performance during the full period of the lease, if pursuant to FAR 52.232-19, funding for the lease asset and above-mentioned life-cycle operations is not appropriated and is, therefore unavailable during any Government fiscal year applicable to the effective lease term. However, the Government intends to use its best efforts to annually obtain funds to support the lease under each applicable delivery order.

Signed,
Joseph E Johnson
JOSEPH E JOHNSON
PM, Horizontal Technology Integration Office

App. 84

000302

SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

1. REQUISITION NUMBER

PAGE 1 OF 7

2. CONTRACT NO.: F01620-94-D-0002
3. AWARD/EFFECTIVE DATE: 1999 OCT 20
4. ORDER NUMBER: 5981
5. SOLICITATION NUMBER
6. SOLICITATION ISSUE DATE
7. FOR SOLICITATION INFORMATION CALL: a. NAME; b. TELEPHONE NUMBER *(No collect calls)*
8. OFFER DUE DATE/LOCAL TIME

9. ISSUED BY — CODE FA8771
DEPARTMENT OF THE AIR FORCE
HQ SSG/PK
85 HODGES AVENUE SO, BLDG 403
MAFB-GUNTER ANNEX AL 36114-3207
TERESA HARRIS 334-416-2333

Teresa.Harris@Gunter.AF.mil

10. THIS ACQUISITION IS
☐ UNRESTRICTED
☐ SET ASIDE: % FOR
☐ SMALL BUSINESS
☐ SMALL DISADV. BUSINESS
☐ 8(A)
SIC:
SIZE STANDARD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
☐ SEE SCHEDULE

12. DISCOUNT TERMS: N

☒ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
13b. RATING: DO-A7

14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP

15. DELIVER TO — CODE
SEE SECTION F

16. ADMINISTERED BY — CODE FA8771
STANDARD SYSTEMS GROUP/I-CASE
DIRECTORATE OF CONTRACTING/PKS-4
85 HODGES AVENUE SO BLDG 403
MAFB-GUNTER ANNEX AL 36114-3004

17a. CONTRACTOR/OFFEROR — CODE 56474 — FACILITY CODE
LOGICON, INC.
222 W SIXTH ST - PO BOX 471
SAN PEDRO CA 90733-0471
(310) 831-0611
TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18a. PAYMENT WILL BE MADE BY — CODE HQ0304
DFAS-SL-FPV
P.O. BOX 200009
ST LOUIS MO 63120-0009

3
3/1/06
Susan M. Sharon, C.S.R.

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | See Schedule | | | | |

25. ACCOUNTING AND APPROPRIATION DATA: See Section G

26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*: $100,000.00

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

☐ 29. AWARD OF CONTRACT: REFERENCE OFFER DATED . YOUR OFFER SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR: John del Banos
30b. NAME AND TITLE OF SIGNER: JOHN DEL BANOS SR. CONTRACTS ADMIN
30c. DATE SIGNED: 20 OCT 99

31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*: Teresa Harris
31b. NAME OF CONTRACTING OFFICER: TERESA HARRIS
31c. DATE SIGNED: 20 Oct 99

32a. QUANTITY IN COLUMN 21 HAS BEEN ☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

33. SHIP NUMBER ☐ PARTIAL ☐ FINAL
34. VOUCHER NUMBER
35. AMOUNT VERIFIED CORRECT FOR
36. PAYMENT ☐ COMPLETE ☐ PARTIAL ☐ FINAL
37. CHECK NUMBER

32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE
32c. DATE

38. S/R ACCOUNT NUMBER
39. S/R VOUCHER NUMBER
40. PAID BY

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT
41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER
41c. DATE

42a. RECEIVED BY *(Print)*
42b. RECEIVED AT *(Location)*
42c. DATE REC'D *(YY/MMM/DD)*
42d. TOTAL CONTAINERS

AUTHORIZED FOR LOCAL REPRODUCTION
SEE REVERSE FOR OMB CONTROL NUMBER AND PAPERWORK BURDEN STATEMENT
STANDARD FORM 1449 (10-95)
Prescribed by GSA - FAR (48 CFR) 53.212

ConWrite Version 3.21

SCHEDULE

19A. Delivery order (DO) 5981 is issued to acquire the Base Purchase of LOGICON I-CASE Special Offer # 330 Revision 03," dated 10/18/99, as attached. Included in this DO are contract line item numbers (CLIN) 0005 Software and (CLIN) 0007 Software Maintenance, and rights and other considerations. Customer is US Army CECOM. **Registered User No. AR-007-002.**

19B. (1) All standard I-CASE Terms and Conditions apply for all B-Table items, except as identified in the LOGICON I-CASE Special Offer # 330 Revision 03 of 10/18/99, entitled, "Special Buy for ICASE Customers Starburst." The "LEASING TERMS AND CONDITIONS" to Special Offer # 330 Revision 03 (Attachment 1 of I-CASE Special Offer #330 Revision 03, pages 1-4) were incorporated as Attachment 1 of Annex AT of Attachment 26 of the I-CASE contract in order to facilitate this DO. For purposes of Order of Precedence, in the event of any inconsistencies between Attachment 1 of Annex AT of Attachment 26 applicable to this DO and any other terms and conditions of Annex AT of Attachment 26, Attachment 1 of Annex AT of Attachment 26 shall have precedence as applied to this DO.

(2) The terms and conditions of I-CASE Special Offer # 330 Revision 03 include provisions which may apply to other CLINs than 0005 and 0007. Special Offer # 330 Revision 03 provides the Government rights to various options, including but not limited to "Options 1, 2, and 3 Lease Offer Price" and "Outyear Maintenance for Year 2 FY01 and Year 3 FY02" Options schedule for above package. Those options are not acquired by this DO. The pricing and other terms of the I-CASE Special Offer # 330 Revision 03 that relate to future acquisitions will be obligated by the Contracting Officer only by issuing DOs upon determination that exercise is in the government's interest and funding is available. They are provided as an attachment to this DO for users' information and future planning purposes.

The Government cannot contract or guarantee Logicon that pricing information will not be released if a proper FOIA request is made. If such a request is made, we will, of course, give Logicon written notice prior to any prospective Government release if we determine it is not confidential.

(3) The products of Starburst required by this delivery order shall be Year 2000 compliant in accordance with Federal Acquisition Regulation (FAR) 39.106(a)(1), that is, the information technology to be delivered hereunder shall be Year 2000 compliant in accordance with the definition at FAR 39.002 at the time of delivery. "Year 2000 compliant" means, with respect to information technology, that the information technology accurately processes date/time data (including, but not limited to, calculating, comparing, and sequencing) from, into, and between the twentieth and twenty-first centuries, and the years 1999 and 2000 and leap year calculations, to the extent that other information technology, used in combination with the information

technology being acquired, properly exchanges date/time data with it. **Provided that the Starburst products are under current maintenance or warranty, the Year 2000 compliance warranty shall be ongoing and is not affected or limited by any other warranty provision in this agreement.**

19C. The delivery schedule of this order is:

| | REQUIRED DELIVERY DATE |
|---|---|
| CLIN 0005 | NLT 07 Dec 99 |
| CLIN 0007 | One year from date of shipment of CLIN 0005 products |

The Starburst products include a 90-day warranty of performance including its ability to operate over NTDR radio devises.

19D. Invoices shall be mailed to Mr. Robert Spredbury, HQ SSG/DIFS, 501 East Moore Drive, BLDG 884, MAFB-Gunter Annex, AL, 36114-3004.

19E. Funds are obligated by this delivery order in the amount of $100,000.00 for CLIN 0005 and CLIN 0007, as identified on Attachment 1 of this delivery order. All prices are firm, fixed prices.

**WARNING: FUND CITE IN "SECTION G" MAY BE IRREGULAR OR INCOMPLETE; COMPLETE ACCOUNTING/APPROPRIATION DATA, AS THEY APPEAR ON BOTH MIPR AND PR, FOLLOW:**

PR NUMBER

F5DIFS92780301

MIPR NUMBER

MIPR9MICA00282

ACRN

AA

FUND CITE

2192040 5F 5F01 P654818 255Y 654818.C34.00.12.00
4AZZZ-9 JOAN 94A700 MIPR9MICA00282/AMD01 S28043

AMOUNT

$100,000

19F. This delivery order consists of:

(1) SF 1449 and three continuation pages,

(2) Attachment 1 which specifies the items for "Delivery Order DO 5981 for US Army CECOM" (two pages)

(3) Attachment 2: I-CASE Special Offer # 330 Revision 03 of 10/18/99, entitled "Special Buy for ICASE Customers Starburst", including "LEASING TERMS AND CONDITIONS." (4 pages). [Note that the Leasing Terms and Conditions noted as attached to I-CASE Special Offer # 330 Revision 03 have been incorporated into the I-CASE contract as Attachment 1 of Annex AT of Attachment 26 (see modification P00220).]

| ITEM | SUPPLIES OR SERVICES | Qty Purch Unit | Unit Price Total Item Amount |
|---|---|---|---|
| 0005 | | 1 LO | $0.00 $0.00 |

*Noun:* SOFTWARE
*ACRN:* AA
*Security:* U
*NSN:* N - Not Applicable
*Contract type:* J - FIRM FIXED PRICE
*Inspection:* DESTINATION
*Acceptance:* DESTINATION
*FOB:* DESTINATION
*Descriptive Data:*
CLIN 0005 AMOUNT: ($79,760.00) due to the discount. REFERENCE ATTACHMENT 1.

*****SEE THE SCHEDULE AND ATTACHMENT 1*****

| ITEM | SUPPLIES OR SERVICES | Qty Purch Unit | Unit Price Total Item Amount |
|---|---|---|---|
| 0007 | | 1 LO | $100,000.00 $100,000.00 |

*Noun:* SOFTWARE MAINTENANCE
*ACRN:* AA
*Security:* U
*NSN:* N - Not Applicable
*Contract type:* J - FIRM FIXED PRICE
*Inspection:* DESTINATION
*Acceptance:* DESTINATION
*FOB:* DESTINATION
*Descriptive Data:*
*****SEE THE SCHEDULE AND ATTACHMENT 1*****

| ITEM | SUPPLIES SCHEDULE DATA | QTY | SHIP TO | MARK FOR | TRANS PRI | DATE |
|---|---|---|---|---|---|---|
| 0005 | | 1 | U | | 0 | 07 Dec 1999 |

*Noun:* SOFTWARE
*ACRN:* AA
*Sec. Class:* U
*Descriptive Data:*
*****SEE THE SCHEDULE AND ATTACHMENT 1*****

| ITEM | SUPPLIES SCHEDULE DATA | QTY | SHIP TO | MARK FOR | TRANS PRI | DATE |
|---|---|---|---|---|---|---|
| 0007 | | 1 | U | | 0 | ASREQ |

*Noun:* SOFTWARE MAINTENANCE
*ACRN:* AA
*Sec. Class:* U
*Descriptive Data:*
*****SEE THE SCHEDULE AND ATTACHMENT 1*****

| ACRN | Appropriation/Lmt Subhead/Supplemental Accounting Data | Obligation Amount |
|---|---|---|
| AA | 21920405F5 F01P 6 54 8182 55Y654818C3 4001 2004AZZZ9JOAN9 4A700M IPR9MI | $100,000.00 |

*Funding breakdown:* On CLIN 0005: $.00
On CLIN 0007: $100,000.00

*PR/MIPR:* F5DIFS92780301 $100,000.00

*Descriptive data:*
The fund cite appears as follows on the PR: 2192040 5F 5F01 P654818 255Y 654818.C34.00.12.00
4AZZZ-9 JOAN 94A700 MIPR9MICA00282/
AMD01 S28043.

MIPR# MIPR9MICA00282

*****SEE THE SCHEDULE AND ATTACHMENT 1*****

App. 91

000101

Attachment to SF Form 1449 Contract Number F01620-94-D-0002

# DELIVERY ORDER DO 5981 FOR US Army CECOM

## I-CASE FUNDS INFORMATION

**Delivery Order Number:** DO 5981 Special Offer 330 - Starburst
**User ID:** AR-007-002
**Description:** CLIN 0005 - Software

**Paying Office:** DFAS-SL-FPV
P.O. Box 200009
St. Louis, MO 63120-0009

| MIPR Number | Form 9 Number | Fund Cite | Amount |
|---|---|---|---|
| MIPR9MICA00282 | F5DIFS92780301 | 2192040 5F 5F01 P654813 255Y 654818.C34.00.12.00 4AZZZ-9 JOAN 94A700 MIPR9MICA00282/AMD01 S28043 | $100,000.00 |
| | | Delivery Order Total: | $100,000.00 |

## ORDERING INFORMATION FOR US Army CECOM

| Technical Point of Contact | Financial Point of Contact | Not Used | Ship To Address |
|---|---|---|---|
| GS-15 Joseph Johnson<br>PEO Cmd, Ctrl, & Comm Systems<br>SFAE-C3S-HTI<br>Room 3C140C<br>Myer Center<br>Ft. Monmouth, NJ 07703 | GS-13 Pat Queck<br>PEO Cmd, Ctrl, & Comm Systems<br>SFAE-C3S-PMO<br>Room 3C140C<br>Myer Center<br>Ft. Monmouth, NJ 07703 | No Information Available | GS-15 Joseph Johnson<br>PEO Cmd, Ctrl, & Comm Systems<br>SFAE-C3S-HTI<br>Room 3C140C<br>Myer Center<br>Ft. Monmouth, NJ 07703 |
| **DSN Phone:** 987-2872<br>**Com Phone:** (732) 427-2872<br>**FAX:** (732) 427-8042<br>**E-Mail:** jjohnson@c3smail.monmouth.army.mi | **DSN Phone:** 987-3647<br>**Com Phone:** (732) 427-3674<br>**FAX:**<br>**E-Mail:** pqeuck@c3smail.monmouth.army.mil | **DSN Phone:**<br>**Com Phone:**<br>**FAX:**<br>**E-Mail:** No E-mail address provided | **DSN Phone:** 987-2872<br>**Com Phone:** (732) 427-2872<br>**FAX:** (732) 427-8042<br>**E-Mail:** jjohnson@c3smail.monmouth.army.m |

**LOGICON POINTS OF CONTACT**
**(310) 831-0611**
**P.O. Box 471**
**222 West Sixth St.**
**San Pedro, CA 90733-0611**

| Delivery Order Tracking | | Warranty and Technical Support | |
|---|---|---|---|
| Ms. Joanna Stegall (Primary) | Ext 2319 | Ms. Joanna Stegall (Primary) | Ext 2319 |
| Mr. David Reid (Alternate) | Ext 2825 | Mr. David Reid (Alternate) | Ext 2825 |

App. 92

000102

[redacted]

US Army CECOM CONTRACT NO. F01620-94-D-0002 User ID: AR-007-002

| SLIN | Discount Code | Description | OEM | Quantity | Price | Cost |
|---|---|---|---|---|---|---|
| | | **CLIN 0005 Software - All Contract Periods** | | | | |
| 131-WNT-0025 | N/A | Starburst Onmi-Cast Server to Server license for up to 25 Server Targets (for Windows NT) | Starburst | 60 | $15,818.00 | $949,080.00 |
| Lease Deferred - Starburst | AT | Optional Deferred Lease on Starburst Products | Starburst | -955000 | $1.00 | ($955,000.00) |
| Lease Pymt - Starburst | AT | Starburst Lease Payment | Starburst | 100000 | $1.00 | $100,000.00 |
| Tbl AT-5.0 | AT | Starburst Special Pricing Discount (per individual purchase) - CLIN 5 | Starburst | -173840 | $1.00 | ($173,840.00) |
| | | | US Army CECOM | CLIN 0005 | SUBTOTAL | ($79,760.00) |
| | | **CLIN 0007 Software Maintenance - All Contract Periods** | | | | |
| 131-MNT-0025 | N/A | Annual Support for Starburst Onmi-Cast Server to Server license for up to 25 Server Targets (for Solaris or Windows NT) | Starburst | 60 | $2,996.00 | $179,760.00 |
| | | | US Army CECOM | CLIN 0007 | SUBTOTAL | $179,760.00 |
| | | | US Army CECOM | TOTAL | | $100,000.00 |

App. 93

000103

LOGICON

For questions please contact:
Jerry Soltis (703) 312-2082

ICASE Special Offer # 330 Rev 03
October 18, 1999

# Special Buy for ICASE Customers
## Starburst

| Line # | Qty | Product ID | Product Name | ICASE Unit Price | ICASE Extend Price |
|---|---|---|---|---|---|
| 01 | 60 | 131-WNT-0025 | Starburst OmniCast Server to Server license for up to 25 Server Targets (for Windows NT) | $15,818.00 | $949,080.00 |
| 02 | 60 | 131-MNT-0025 | Annual Support for Starburst OmniCast Server to Server license for up to 25 Server Targets (Solaris or Windows NT) | $2,996.00 | $179,760.00 |

| | |
|---|---|
| Price | $1,128,840.00 |
| Discount Off Total (15.4%) | $173,840.00 |
| **BASE Lease Offer Price (must be ordered by Oct 30 1999)**** | **$100,000.00** |
| **OPTION 1 Lease Offer Price (must be ordered by Dec 01 1999)**** | **$285,000.00** |
| **OPTION 2 Lease Offer Price (must be ordered by Dec 01 2000)**** | **$285,000.00** |
| **OPTION 3 Purchase Offer Price (must be ordered by Dec 01 2000)**** | **$285,000.00** |
| Total | **$955,000.00** |

**Execution of the Base Lease Offer provides the customer with an interim use license.
Execution of Options 1 and 2 each provide the customer with one-year continuances of the interim license.
Upon execution of Option 3, the interim use license is converted into a perpetual use license.
If the customer fails to execute any of the options by the specified date, the interim license is terminated as specified in the terms and conditions.

## Special Offer Notes

1. This order is subject to Starburst standard 90-day warranty of performance including its ability to operate over NTDR radio devises.
2. The licenses purchased are valid for use by any DOD service or agency.
3. Outyear maintenance for the above licenses can be purchased as follows:
   Year 2 FY01 $143,820
   Year 3 FY02 $143,820
4. To exercise OPTION 3 Purchase Offer Price, a delivery order in the amount of $285,000.00 must be received by December 01, 2000, ıbject to availability of funds and fully funded no later than December 01, 2001. In order to exercise OPTION 3 the customer must have ecuted the BASE, OPTION 1 and OPTION 2 Lease OPTIONS.

## Attachments

Attachment 1: Leasing Terms and Conditions

Replace with Revision 01 Per modification 01

ICASE Delivery Orders for this packa

NORTHROP GRUMMAN - PROPRI

estrictions on Disclosure of Data Under the Freedom of Information Act Logicon, Inc. deems that this prop ... ingly, such data shall not sclosed outside the Government and shall not be duplicated, used, or disclosed in whole or in part for any ... ing legend.
estrictions on Disclosure and Use of Data (April 1984): If a contract is awarded to this offeror as a result of ... right to duplicate, use, or sclose the data to the extent provided in the resulting contract. This restriction does not limit the Governm ... source without restriction. e data subject to this restriction are contained in the sheets so marked

ations Solutions Business System (03/99)

ge 1 of 1



000104

0-94-D-0002/5981
ATCH 2
PAGE 1 OF 5

I-CASE Special Offer #330 Revision 3 Attachment 1

# LEASING TERMS AND CONDITIONS

Statement

These lease terms and conditions are hereby incorporated by reference in their entirety within the I-CASE Contract No. F01620-94-D-0002. The I-CASE Contract, applicable Delivery Order and these lease terms and conditions shall constitute the entire agreement between Logicon, Inc. ("Contractor") and the U.S. Government ("Government") relative to the CECOM Starburst lease transaction under the aforementioned contract. It is hereby mutually understood and agreed that as inducement for Contractor entering into this Agreement, the Government has provided required information relative to the essential use of the software Asset which includes, but is not limited to, a description of the currently identified applications to be supported and planned life-cycle operations for the leased software.

1. **Lease.**

(a) The Parties hereto understand and agree that the form of this Agreement is a lease. The Government shall not be obligated to continue performance during the full period of the lease, if pursuant to FAR 52.232-19, funding for the lease Asset and above-mentioned life-cycle operations is not appropriated and is, therefore, unavailable during any Government fiscal year applicable to the effective Lease Term. In addition, the Government shall be relieved from all obligations under the lease, if the Bona Fide Needs of the Government for the Asset cease to exist and such need is not fulfilled within the succeeding twelve (12) months, from the date of non-renewal/termination, with an Asset performing similar functions which the leased Asset was intended to perform.

(b) The Parties hereto expressly understand and agree that the Contractor and the Government shall not be obligated to take any action or perform any covenant under this lease agreement which is contrary to the Anti-Deficiency Act or Federal law. Accordingly, the lease Delivery Orders shall not be deemed to obligate succeeding fiscal year funds or otherwise commit the Government to continue performance beyond the current government fiscal year. The Government agrees to use its best efforts to annually obtain appropriated funds to support the lease under the applicable Delivery Order.

(c) The Contractor has relied on the specified lease term in order to derive the fair Lease Payment.

(d) The Starburst products identified in Special Offer #330 are priced and are being provided to the lessee as a single Asset. If the Government terminates the lease, termination will apply to the entire Delivery Order and not to individual products.

2. **Lease Payments.**

The Lease Payment Plan is shown in EXHIBIT A.

3. **Lease End**

Upon completion of the entire Lease Term, and full payment of all amounts set forth on Exhibit A "Lease Payment Plan", the Government, without taking further action or accepting further obligations, shall automatically receive a perpetual, fully paid-up license to use the Asset in this Special Offer.

4. **License Rights.**

License rights in software Asset shall vest in the Government upon Contractor's delivery to the Government and signing of the DD250 document. Upon return, for any reason, of the Asset to the Contractor, Government shall relinquish license rights to the Contractor. While license rights rest with

the Government, the Contractor (or Contractor's Assignee) shall retain a first security interest in the Asset, and the Government shall sign such documentation as are necessary to perfect the Contractor's (or Contractor's Assignee) security interest. The Government may not, without prior written approval from the Contractor: (1) transfer the leased Asset from the Air Force to another Government organization; or (2) "trade-in" the leased Asset for other assets.

5. **Risk of Loss.**

(a) Government is relieved from all risk of loss or damage to the Asset during periods of delivery. Government shall be responsible for any loss or damage to the Asset during the Lease Term. Government shall assume risk of loss or damage to the Asset during relocation unless Contractor shall undertake such relocation under a modification to the Delivery Order.

(b) If any Asset is damaged, Government shall promptly notify Contractor and shall, at Government's expense, within sixty (60) days of such damage, cause to be made such repairs as are necessary to return such Asset to its previous condition.

(c) In the event any media and documentation are destroyed, damaged beyond repair, lost, stolen, or taken by governmental action for the Lease Term, the Government and Contractor will negotiate reasonable cost for replacement of media and documentation.

6. **Taxes.**

As provided within the FAR, and notwithstanding the provision of FAR 52.212-4(k), FAR 52.229-1 shall apply to this lease agreement and is hereby incorporated by reference.

7. **Care of Asset.**

During the Lease Term, the Government shall continue maintenance support, as identified in I-CASE Special Offer #330.

8. **Asset Additions**

(i) The Lease Term for each Asset addition (excluding updates as provided in Special Offer 330) placed under the Delivery Order will be coterminous with the Lease Term applicable to the original Network License Asset. The price for the change or addition will take into account the remaining Lease Term of the existing Asset, the price of the change or addition requested and the Lease Term of the new Asset addition. The Delivery Order shall continue for its Lease Term and the Government shall issue a modification to the Delivery Order which sets forth the new Lease Payment.

(ii) The Asset addition Lease Payment will be calculated in accordance with the terms of the Contractor's "Special Offer" which will be presented to the Government detailing the additions and applicable lease payments.

9. **Relocation.**

The Government shall keep records of the location of the Software License, Software Master Media and Manuals (Collectively referred to as "Asset") and use best efforts to provide Contractor with thirty (30) days written notice of any intended relocation of the Asset. All expenses of the relocation shall be paid by Government including transportation and reinstallation at the new site. Lease Payments shall continue during the Government's relocation of the Assets.

**10. Return of Asset.**

Within thirty (30) days after the date of Termination for Convenience or non-renewal of the Delivery Order anticipated full Lease Term, the Government shall, at its own risk and expense, have the Asset packed for shipment in accordance with the Contractor's specifications and shall return the Asset to Contractor in the same condition as when delivered, ordinary wear and tear excepted. Upon request by the Government and at the Government's expense, Contractor shall assist in the de-installation and packing of Asset so terminated or non-renewed. Such services, if required, are outside the scope of this Agreement. Additionally, in the event of a termination or non-renewal prior to completion of the full Lease Term , the lessee shall, within thirty (30) days from the occurrence of such event: (1) cease using the Asset; (2) remove the Asset from all computers on which the Asset was installed; and (3) certify to the Contractor that usage of the Asset has been discontinued and that all copies of the Asset's media and documentation have been returned to the Contractor or destroyed.

**11. No Discount for Early Payment.**

No discount shall be applicable to early payment by the Government.

**12. Reserved.**

**13. Definitions.**

| | |
|---|---|
| Government/Lessee: | USArmy Communications Electronics Command (CECOM) |
| Contractor/Lessor: | Logicon, a wholly owned subsidiary of Northrop-Grumman Corp. |
| Contract: | I-CASE F01620-94-D-0002 |
| Delivery Order: | I-CASE Special Offer #330 and DO 5981 |
| Asset: | Starburst license as described in I-CASE Special Offer #330 |
| Lease Payment: | The periodic payment set forth in Delivery Order 5981 and Special Offer #330 |
| Lease Term: | The entire length of time for which the Asset is anticipated to be leased, as set forth in the Delivery Order. |
| Commencement Date | Date the Asset is shipped to the Government. |
| Acceptance: | Thirty-one (31) days from delivery of the Asset. |
| First Lease Payment Due Date: | Thirty (30) days after receipt of invoice. |
| End of Lease Term Option: | As specified in EXHIBIT A |

**14. Financing Statements.**

Government agrees, upon Contractor's request, to execute and deliver to Contractor any reasonable financing statements, fixture filings or other instruments necessary for expedient filing, recording or perfecting the interest and title of Contractor in this Agreement and the Asset. Government agrees that where permitted by law, a copy of this Agreement may be filed in lieu of a financing statement.

**15. Purchase Option.**

The Government has the right to purchase the Asset. The purchase price will be calculated in the amount, and on the date, stated in Exhibit A, entitled "Purchase Option". The Government agrees to use its best efforts to provide reasonable advance written notice to the Contractor in the event of such purchase.

| Order/Mod | Date |
|---|---|
| 5981 | 10-20-99 |
| 01 MODS 5981 Changes TAC's Adds 4th payment | 12-3-99 |
| P00220 MODS CONTRACT F01620-94-D-2012 | 10-20-99 |
| 6022 Acquires option 1 Lease | 12-3-99 |
| P00227 Adds 4th payment to contract | 12-3-99 |

block 15. what/where to send F

F= ship to on Attachment 1 to 1449
G= Page 7 of 7
Accounting and Appropriation Data
2192040 5F5 F01P 654 8182 55Y654818 C3
4001 2 004AZZZ9T0AN9 4A700M IPR9MI

★ Different INVOICE ADDRESS on Page 3 of Section A