DEC. 3.1999 12:17PM ICASE PROGRAM OFFICE NO.463 P.1

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| | |
|---|---|
| 1. CONTRACT ID CODE | J - FFP |
| PAGE OF PAGES | 1 of 2 |
| 2. AMENDMENT/MODIFICATION NO. | P00227 |
| 3. EFFECTIVE DATE | 1999 DEC 03 |
| 4. REQUISITION/PURCHASE REQ.NO. | |
| 5. PROJECT NO. (If applicable) | |
| 6. ISSUED BY HQ SSG/PKS CODE | FA8771 |
| 7. ADMINISTERED BY (If other than Item 6) CODE | FA8771 |

**6. Issued by:**
DEPARTMENT OF THE AIR FORCE
HQ SSG/PK (I-CASE PROGRAM)
85 HODGES AVENUE SO, BLDG 403
MAFB-GUNTER ANNEX AL 36114-3207
TERESA HARRIS 334-416-2333
Teresa.Harris@Gunter.AF.mil

**7. Administered by:**
STANDARD SYSTEMS GROUP/I-CASE
DIRECTORATE OF CONTRACTING/PKS-4
85 HODGES AVENUE SO BLDG 403
MAFB-GUNTER ANNEX AL 36114-3004

**8. NAME AND ADDRESS OF CONTRACTOR** (No., street, county, State and ZIP Code)
LOGICON, INC.
222 W SIXTH ST - PO BOX 471
SAN PEDRO CA 90733-0471
(310) 831-0611

CODE 58474 FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. F01620-94-D-0002

10B. DATED (SEE ITEM 13) 12 APR 1994

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATION OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: ( ) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103(A)(3) - AGREEMENT OF THE PARTIES |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

POC: T. HARRIS
PH: 334-416-2333

SEE SCHEDULE

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | |
|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | John Del Bando Sr. Contracts Administrator |
| 15B. CONTRACTOR/OFFEROR | [signature] (Signature of person authorized to sign) |
| 15C. DATE SIGNED | 03 Dec 99 |
| 16A. NAME AND TITLE OF SIGNER (Type or print) | TERESA HARRIS |
| 16B. UNITED STATES OF AMERICA | BY Teresa Harris (Signature of Contracting Officer) |
| 16C. DATE SIGNED | 03 Dec 99 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
ConWrite Version 3.30

30-105

STANDARD FORM 30 (REV.10-83)
Prescribed by GSA
FAR (48 CFR) 53.243



6
3/1/06

000070

DEC. 3.1999 12:17PM ICASE PROGRAM OFFICE NO.468 P.1

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE: J - FFP
PAGE OF PAGES: 1 of 2

2. AMENDMENT/MODIFICATION NO.: P00227
3. EFFECTIVE DATE: 1999 DEC 03
4. REQUISITION/PURCHASE REQ.NO.:
5. PROJECT NO. *(if applicable)*:

6. ISSUED BY: HQ SSG/PKS CODE: FA8771

DEPARTMENT OF THE AIR FORCE
HQ SSG/PK (I-CASE PROGRAM)
85 HODGES AVENUE SO, BLDG 403
MAFB-GUNTER ANNEX AL 36114-3207
TERESA HARRIS 334-416-2333
Teresa.Harris@Gunter.AF.mil

7. ADMINISTERED BY *(If other than Item 6)*: CODE FA8771

STANDARD SYSTEMS GROUP/I-CASE
DIRECTORATE OF CONTRACTING/PKS-4
85 HODGES AVENUE SO BLDG 403
MAFB-GUNTER ANNEX AL 36114-3004

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

LOGICON, INC.
222 W SIXTH ST - PO BOX 471
SAN PEDRO CA 90733-0471
(310) 831-0611

CODE: 56474 FACILITY CODE:

(X)

9A. AMENDMENT OF SOLICITATION NO.:

9B. DATED *(SEE ITEM 11)*:

X 10A. MODIFICATION OF CONTRACT/ORDER NO.: F01620-94-D-0002

10B. DATED *(SEE ITEM 13)*: 12 APR 1994

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

13. THIS ITEM APPLIES ONLY TO MODIFICATION OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | | |
|---|---|---|
| | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: ( ) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A. |
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103(A)(3) - AGREEMENT OF THE PARTIES |
| | D. | OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

POC: T. HARRIS
PH: 334-416-2333

SEE SCHEDULE

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*: JOHN DEL BANCO SR. CONTRACTS ADMINISTRATOR

16A. NAME AND TITLE OF SIGNER *(Type or print)*: TERESA HARRIS

15B. CONTRACTOR/OFFEROR: [signature] *(Signature of person authorized to sign)*

15C. DATE SIGNED: 03 Dec 99

16B. UNITED STATES OF AMERICA BY ________ *(Signature of Contracting Officer)*

16C. DATE SIGNED:

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
ConWrite Version 3.30

30-105

STANDARD FORM 30 (REV.10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

14A. The purposes of this modification P00227 are to make changes to the I-CASE contract, as follows:

1) Replace Attachment 26, Annex F, Attachment 3, pages 73 through 91, I-CASE Special Offer #144 Revision No. 09 Addendum and Leasing Terms and Conditions by Attachment 26, Annex F, Attachment 3, pages 73 through 91, I-CASE Special Offer #144 Revision No. 12 Addendum and Leasing Terms and Conditions, of this modification, due to a change to the definition of "DISA Employee". It is the understanding of the Government that the overall meaning of the definition "DISA Employee" remains unchanged. The definition is changed, as follows:

   From: "DISA Employee" is a full-time or part-time employee of DISA whose salary or wages is paid for with money disbursed by DISA so that such person may use and/or access the Programs on behalf of and in support of DISA's internal data processing operations only. DISA shall identify the number of Employees in the DISA Joint Manpower Authorization Document.

   To: "DISA Employee" are all personnel identified on the DISA Joint Table Distribution and in support of DISA's internal data processing operations only.

2) Replace Attachment 26, Annex AT, Attachment 1, pages 8 through 11, I-CASE Special Offer #330 Revision 3 Leasing Terms and Conditions by Attachment 26, Annex AT, Attachment 1, pages 8 through 11, I-CASE Special Offer #330 Revision 4 Leasing Terms and Conditions, of this modification, due to a change to Exhibit A to call out Lease Payment No. 4 which was inadvertently omitted from the Special Offer.

14B. As a result of this modification, the total amount obligated on this contract remains unchanged at $52,659,992.00 (exclusive of delivery orders) and the total estimated amount of the contract, as reflected in Block 15G of the Standard Form 26, remains unchanged at $647,057,635.12.

14C. This Supplemental Agreement constitutes full, complete, and final settlement of any and all rights the contractor has to an equitable adjustment, including any and all interest, pursuant to either the "Changes" clause or any other provision of the contract, arising out of or relating to the changes implemented by this Supplemental Agreement.

All other terms and conditions remain unchanged and in full force and effect.

**ADDENDUM to Special Offer #144 Revision No. 12**

This Addendum, including Exhibits 1, 2 and 3 ("Addendum"), defines the special terms and conditions applicable to the attached "I-CASE Special Offer No. 144 Revision No. 12". This is placed in accordance with the terms and conditions of Contract F01620-94-D-0002 ("Contract") between Logicon Inc. ("Logicon") and the US Government unless otherwise specified herein. This Addendum shall apply only to the acquisition of Program licenses and Technical Support services for transfer to the Defense Information Systems Agency ("DISA") in support of DISA's internal projects. The Defense Megacenters ("DMCs") may not use this license for other than DISA internal projects.

As of the Effective Date of the resultant Delivery Order for I-CASE Special Offer No. 144 Revision No. 12, Prime Contractor shall grant to Customer an Employee Based/Enterprise License for a total of 9,500 DISA employees. Purchase for such license shall be made by Customer in two (2) separate payments as defined in Special Offer #144 Revision No. 12. The Customer has already procured the Base Package of I-CASE Special Offer #144 Revision No. 03 by I-CASE Delivery Order No. 5560.

In the event subsequent payment is not made, this Employee Based/Enterprise License set forth in Section 1.0 below reverts to a Concurrent Device Network License set forth in Section 2.0 below, effective upon the date of the missed payment unless otherwise mutually agreed by the Parties thereto.

**SECTION 1.0 EMPLOYEE BASED/ENTERPRISE LICENSE**

1. Definitions. For the purposes of this Addendum only, the terms and conditions below are hereby added to the Agreement.

   1.1 "Enterprise Software Set" is defined as the Oracle Programs as shown below which are available in production release for use on the Hardware on the Effective Date of this Agreement, plus all other computer Programs, and all corrections, Updates, new releases and new versions of such Programs, ordered or licensed under this Addendum. The "Enterprise Software" means one or more of those computer Programs. "Program" means the software in object code form distributed by Oracle. "Full Use" as used with respect to Enterprise Software means unaltered versions of the Enterprise Software with all functions intact for both development and deployment use of the Programs:

   Oracle Server-Enterprise Edition
   Oracle Enterprise Manager Performance Pack.

1.2 "Hardware" means the following computer/operating system combinations capable of running the Enterprise Software Set, and which are owned, leased or under the control of DISA:

| | |
|---|---|
| HP 98XX/HP-UX | PC Compatible/Windows NT |
| PC Compatible/Windows 95 | Sun Sparc/Solaris |
| PC Compatible/Windows | Digital Alpha/Unix |
| IBM/AIX | SGI/IRIX |

1.3 "Limited Use Software Set" is defined as those Programs which are limited to specific numbers of users, Concurrent Devices, Named Users or Developers. Table 1 below describes the Limited Use Software Set for the Base Package per I-CASE Delivery Order No. 5560. Table 2 below describes the Limited Use Software Set for Special Offer #144 Revision No. 12:

**Table 1**

| Payment 1 Limited Use Software Programs | Qty | User/Device Type | License Type |
|---|---|---|---|
| Trusted Oracle Server - Enterprise Edition | 64 | Concurrent Device | Full Use |
| Video Cartridge | 200 | Concurrent Device | Full Use |
| Oracle InterOffice Document Cartridge | 550 | Concurrent Device | Full Use |
| Designer/2000 | 10 | Developer | Full Use |
| Developer/2000 | 10 | Developer | Full Use |
| Programmer/2000 | 10 | Developer | Full Use |
| SQL*Plus | 10 | Developer | Full Use |
| Discoverer User Edition | 25 | Named User | Full Use |
| Discoverer Administrator Edition | 5 | Named User | Full Use |

**Table 2**

| Limited Use Software Programs | Qty | User/Device Type | License Type |
|---|---|---|---|
| Context Cartridge | 52 | Concurrent Device | Full Use |
| Developer/2000 Server Cartridge | 1,100 | Concurrent Device | Full Use |
| Designer/2000 | 30 | Developer | Full Use |
| Developer/2000 | 130 | Developer | Full Use |
| Programmer/2000 | 65 | Developer | Full Use |
| SQL*Plus | 65 | Developer | Full Use |
| Discoverer User Edition | 150 | Named User | Full Use |
| Discoverer Administrator Edition | 10 | Named User | Full Use |

1.4 "Deployment" licenses may be used only to execute existing applications or reports. They may not be used to build or modify reports or applications.

1.5 [Number of] "Concurrent Devices" which apply to the Limited Use Software Set is defined as the maximum number of input devices accessing the Programs at any given point in time. If multiplexing software or hardware (e.g., a TP monitor) is used, this number must be measured at the multiplexing front-end.

1.6 [A] "Named User" or "Developer" is defined as an individual employed or authorized by DISA to use the license regardless of whether the individual is actively using the licensed Programs at any given time.

1.7 "Update" shall mean a subsequent release of the Programs which is generally made available for Supported Program Licenses at no additional charge, other than media and handling charges. Updates shall not include any release, option or future product which Oracle licenses separately.

1.8 "Program" or "Programs" shall mean the computer software in object code form distributed by Prime Contractor for which Customer is granted a license pursuant to this Agreement, the media, the user guides and manuals for use of the software ("Documentation") and Updates.

1.9 "DISA Employee" are all personnel identified on the DISA Joint Table Distribution and in support of DISA's internal data processing operations only.

1.10 "Contractors" are individuals who are not employees of DISA and not employees of a direct competitor of Oracle Program licensing (Sybase, Informix and Microsoft.) who are granted access by DISA to the Oracle Programs licensed hereunder. DISA shall ensure that Contractors agree in writing to be bound by the terms and conditions of this Addendum prior to using Oracle Programs. Contractors' use of Programs shall be on a measured, Concurrent Device basis, and only for use of Oracle Enterprise Edition Server and Enterprise Manager Performance Pack.

1.11 "Floating Employees" are individuals who are temporarily employed by DISA to work at DISA sites on DISA projects only, and who are neither DISA Employees or Contractors. These individuals are U.S. military or government employees who are at the DISA sites for only a portion of the fiscal year. Floating Employees' use of Programs shall be on a measured, Concurrent Device basis, and only for Oracle Enterprise Edition Server and Enterprise Manager Performance Pack.

2. Employee Based/Enterprise License. Prime Contractor will grant the Customer a non-exclusive Employee Based/Enterprise License for those programs set forth in Exhibit 3 for those computer/hardware operating system combinations identified in Exhibit 1.

2.1 Certification and Audit. Not more frequently than annually, Customer shall furnish a signed certification verifying that the Programs licensed herein are being used pursuant to the terms of this Addendum and the Agreement as set forth below.

(A) DISA Employee Certification. Commencing on the Effective Date of this Addendum, DISA is authorized to transfer to DISA the right to use this Employee Based/Enterprise License by a maximum of nine thousand (9,000) DISA Employees and a combined total of five hundred (500) Floating Employees and/or Contractors for a total of nine thousand, five hundred (9,500) DISA Employees, Floating Employees and Contractors. Upon the anniversary of said Effective Date, Government shall submit to Prime Contractor a certification of the number of DISA Employees, Floating Employees and Contractors.

(i) Decrease of DISA Employees, Floating Employees and Contractors. In the event that the number of total DISA Employees, Floating Employees and Contractors as reported in the certification and/or audit is less than the number of DISA Employees, Floating Employees, Contractors, Developers/Named Users and/or Concurrent Devices for which Customer has paid a license fee, DISA shall not be entitled to a refund, credit or any other special license consideration.

(ii) Increase of DISA Employees, Floating Employees and Contractors. In the event that the number of total DISA Employees, Floating Employees and Contractors as reported in the certification and/or audit is greater than the number of DISA Employees, Floating Employees, Contractors, Developers/Named Users and/or Concurrent Devices for which Customer has paid a license fee, DISA will take steps to bring the license into immediate compliance.

(B) Audit. Upon reasonable notice, DISA shall grant Prime Contractor access to DISA site(s) to audit the use of the Programs to ensure that the Programs are being used in accordance with this Addendum. Any such audit shall be conducted during regular business hours and shall not unreasonably interfere with business activities. In the event that DISA is found to be using numbers greater than the 9,500, DISA will take steps to bring the usage into immediate compliance.

2.2 Under I-CASE Delivery Order 5560 Modification 01 dated 20 March 1998, DISA has selected their two (2) additional Server computer hardware/operating system combinations to be SGI and AIX.

2.3 As of the effective date of the resultant Delivery Order, the licenses for Programs specified and identified by the following Customer Support Identification ("CSI") numbers 1187137, 1188245, 1092805, 559426, 1640334, 1711831, 1196532, 1208167, 1166200, 653296, 1542599, 525222, 1628680, 1647549, 1568510, 1183821, 1533132, 541557, 1041722, 1041664, 998839, 998840, 998841, 998842, 998843, 998852, 998853, 998854,998855,998856, 998857, 998858, 998859, 998860, 998861, 998862, 998863, 998864, 998865, 998866, 992645, 1033852, 1059175, 1179904, 1183897, 680656, 559431, 1536768, 591651, 1038158, 1034062, 581410, 581411, 1116152, 1075591, 524462, 1699412, 1597869, 1676231, 1676230, 1676229, 1194360, 1182785, 1182793, 1563813, 1563815, 1563816, 1608839, 1194362, 1069976, 1174637 shall be converted into the Employee-Based License acquired.

2.4 Modifications may be made to the license subject to further negotiations.

3. Delivery, Copying and Installation.

3.1 Upon issuance of the resultant Delivery Order, Prime Contractor shall deliver to the Ship-to location specified in the Delivery Order three (3) copies of the software media and Documentation ("Golden Master") for each of the Programs (unless specific programs have already been delivered under I-CASE Delivery Order No. 5560). For any Updates provided to the Customer under Technical Support, Prime Contractor shall deliver to the Ship-to location specified in the Delivery Order three (3) sets of Updates to the Golden Master. All Documentation Updates shall be shipped either perfect-bound or CD-ROM, depending on standard practice and availability.

3.2 Prime Contractor grants DISA authorization to copy the media, and/or electronically distribute the Programs and/or Documentation in accordance with the terms specified herein. DISA may install the Programs on the Hardware. Provided the Customer is under Technical Support, Prime Contractor grants DISA authorization to copy the media, and/or electronically distribute the Updates and/or the related Documentation in accordance with the terms specified herein. The Customer is responsible for ensuring that all applicable restrictive rights markings are included on all Programs, Updates and Documentation. DISA is granted the right to make unlimited copies of the Documentation for internal purposes.

4. Technical Support.

4.1 Technical Support may not be acquired for a subset of the Employees, Concurrent Devices and Named Users for all Programs in the Enterprise Software Set. Although Technical Support service is not mandatory, the option for Technical Support is universal: all of the DISA Employees, Floating Employees, Contractors, Concurrent Devices and Named Users for all Programs on the Employee Based/Enterprise License are supported, or none of them are supported.

4.2 A description of the Technical Support plan is set forth in Exhibit 2.

5. Program Availability.

5.1 Those Program/computer hardware/operating system combinations set forth in the Shipment Summary, Exhibit 1, are available in production status as of the Effective Date of this Addendum. Customer agrees that it has not relied on the future availability of any Program in executing this Addendum and issuing the relevant Order. Furthermore, the future availability of any Program or Program/computer hardware/operating system combination shall not affect Customer's payment obligations under this Addendum and the relevant Order. Prime Contractor is under no obligation to make available any Program or Program/computer hardware/operating system combination under this Addendum that are not identified in Exhibit 1.

5.2 Provided that Customer is continuously under Technical Support and upon Customer's written notice to Prime Contractor, the Exhibit 1, Shipment Summary shall be updated and a Golden Master of those Programs in the Employee Based/Enterprise License will be provided to the Customer in accordance with Paragraph 4 above if and when the Programs in the Employee Based/Enterprise License become or have become available in production status on the computer hardware/operating system combinations in the Enterprise License; such Programs shall be deemed licensed as part of the Enterprise License in accordance with the terms and conditions of this Addendum.

6. Reserved.

7. Reserved.

8. Confidentiality. The information set forth in this Addendum is considered by Logicon to be Confidential Information and shall not be disclosed to any third party, except the US Government, without prior written notice to Logicon. Logicon's notice shall be consistent with the requirements of the Freedom of Information Act.

9. General.

9.1 The Effective Date of this Addendum is the date of the resultant Delivery Order.

9.2 Unless and until a proper Order is issued by US Government to Prime Contractor, Prime Contractor is not liable and has no obligation to perform any of its duties or responsibilities under this Addendum.

9.3 Reserved.

**SECTION 2.0 CONCURRENT DEVICE NETWORK LICENSE**

DISA has previously acquired products listed in Exhibit 3A. This Section 2.0 Concurrent Device Network License is applicable only if Customer does not make the second payment for the Employee Based/Enterprise License on or before the stipulated date. Should Customer choose not to make the additional payment, then the Employee Based License reverts to a Concurrent Use Network License.

1. Additional Definitions. For the purposes of this Addendum only, the terms and conditions below are hereby added to the Agreement.

   1.1 "Network" is defined as the Designated Systems which are directly or indirectly connected together using SQL*Net or other Oracle connectivity Programs. The computer hardware/operating system combinations for all of the Designated Systems in the Network are set forth in the Exhibit 2, Shipment Summary. Designated Systems, which are (a) used by only one (1) individual at a time and (b) execute Oracle software in local memory or store Oracle software on a local storage device, are "Clients"; all other Designated Systems are "Servers." There is no limitation or restriction on the number of Designated Systems (Servers or Clients) in the Network provided that all of the computer hardware/operating system combinations of the Designated Systems are set forth in the Exhibit 2, Shipment Summary and all Designated Systems are located at a DISA designated facility in the continental United States, Alaska and Hawaii ("United States") or at United States military facilities outside the continental United States.

   1.2 "Designated System" shall mean the computer hardware/operating system, the make and model number designated on the relevant Order.

   1.3 [Number of] "Concurrent Devices" is defined as the maximum number of input devices accessing the Programs on the Designated Systems in the Network at any given point in time. If multiplexing software or hardware (e.g., a TP monitor) is used on the Designated System(s) in the Network, this number must be measured at the multiplexing front-end.

   1.4 [A] "Named User" or "Developer" is defined as an individual employed or authorized by DISA to use the licensed Programs on the Designated Systems in the Network regardless of whether the individual is actively using the licensed Programs at any given time.

2. Network License.

   2.1 Prime Contractor grants Customer a non-exclusive Network license as set forth on the relevant Order and in accordance with this Addendum. Prime Contractor shall transfer the Network license to DISA as set forth in the Agreement.

2.2 Under I-CASE Delivery Order 5560 Modification 01 dated 20 March 1998, DISA has selected their two (2) additional Server computer hardware/operating system combinations to be SGI and AIX.

3. Delivery, Copying and Installation. Upon receipt of the resultant Delivery Order, Prime Contractor shall deliver to the Ship-to location specified in the Delivery Order three (3) copies of the software media and Documentation ("Golden Master") for each of the Programs. For any Updates provided to the Customer under Technical Support, Prime Contractor shall deliver to the Ship-to location specified in Exhibit 1 three (3) sets of Updates to the Golden Master. All Documentation shall be shipped either perfect-bound or CD-ROM, depending on standard practice and availability.

4. Program Availability.

4.1 Those Program/computer hardware/operating system combinations set forth in the Shipment Summary, Exhibit 1, are available in production status as of the Effective Date of this Addendum. Customer agrees that it has not relied on the future availability of any Program in executing this Addendum and issuing the relevant Order. Furthermore, the future availability of any Program or Program/computer hardware/operating system combination shall not affect Customer's payment obligations under this Addendum and the relevant Order. Prime Contractor is under no obligation to make available any Program or Program/computer hardware/operating system combination under this Addendum than are not identified in Exhibit 1.

4.2 Provided that Customer is continuously under Technical Support and upon Prime Contractor's written notice to Prime Contractor, the Exhibit 1, Shipment Summary shall be updated and a Golden Master of those Programs in the Network license set forth in Exhibit 1, will be provided to the Customer in accordance with Paragraph 4 above if and when the Programs in the Network license as set forth in Exhibit 1 become or have become available in production status on the computer hardware/operating system combinations in the Network; such Programs shall be deemed licensed as part of the Network license in accordance with the terms and conditions of this Addendum.

I-CASE Special Offer #144 Revision No. 12 Attachment 1 Addendum to Special Offer #144

**EXHIBIT 1**

**Shipment Summary and Ship-to Information**

A. Shipment Summary:

| Computer Hardware/Operating System Combinations | Media | Programs |
|---|---|---|
| HP 98XX/HP-UX | CD-ROM | Oracle Server-Enterprise Edition, Oracle Enterprise Manager Performance Pack, SQL*Plus, Programmer/2000, Developer/2000, Video Cartridge, Developer/2000 Server, ConText Cartridge |
| Sun Sparc/Solaris | CD-ROM | Oracle Server-Enterprise Edition, Oracle Enterprise Manager Performance Pack, SQL*Plus, Programmer/2000, Developer/2000, Oracle InterOffice Document Cartridge, Video Cartridge, Developer/2000 Server, ConText Cartridge |
| Digital Alpha/Unix | CD-ROM | Oracle Server-Enterprise Edition, Oracle Enterprise Manager Performance Pack, SQL*Plus, Programmer/2000, Developer/2000, Oracle InterOffice Document Cartridge, Video Cartridge, Developer/2000 Server, ConText Cartridge |
| Silicon Graphics/ IRIX | CD-ROM | Oracle Server-Enterprise Edition, Oracle Enterprise Manager Performance Pack, SQL*Plus, Programmer/2000, Developer/2000, ConText Cartridge |
| IBM RS6000 / AIX | CD-ROM | Oracle Server-Enterprise Edition, Oracle Enterprise Manager Performance Pack, SQL*Plus, Programmer/2000, Developer/2000, Oracle InterOffice Document Cartridge, ConText Cartridge |
| Sun Sparc/ Trusted Solaris | CD-ROM | Trusted Oracle Server – Enterprise Edition |
| PC Compatible/Windows NT | CD-ROM | Oracle Server-Enterprise Edition, Oracle Enterprise Manager Performance Pack, SQL*Plus, Programmer/2000, Developer/2000, Oracle InterOffice Document Cartridge, Video Cartridge, Discoverer User Edition, Discoverer Administration Edition, Designer/2000, Developer/2000 Server, ConText Cartridge |
| | | |
| Client Only ComputerHardware/Operating System Combinations | CD-ROM | Programs |
| PC Compatible/Windows | CD-ROM | Designer/2000, Developer/2000, Programmer/2000, SQL*Plus, Networking Bundle |
| PC Compatible/Windows 95 | CD- | Designer/2000, Developer/2000, Programmer/2000, |

| | | |
|---|---|---|
| | ROM | SQL*Plus, Networking Bundle, Discoverer User Edition, Discoverer Administration Edition |

Note: The majority of Programs were shipped under Delivery Order No. 5560. Shipment of the Context Cartridge and Developer/2000 Server Cartridge are required under this Addendum.

B. Ship-to location:
To be specified on the Order Form

**Exhibit 2**

**Technical Support**

Technical Support provided to DISA is a Centralized Support Plan, which is comprised of two (2) components: telephone technical assistance (Points of Contact) and Updates.

A. Telephone technical assistance:

(i.) Telephone technical support for ten (10) Bronze Points of Contact (POCs) who are DISA's employees and are authorized to contact Oracle during normal business hours;

(ii.) Access by the POC to Oracle's On-Line Support system and Bug Database system;

(iii.) Quarterly newsletters and bulletins delivered to the POC; and

(iv.) The plan requires the POC to be the first point of contact for all questions regarding Oracle's Programs. Prior to the POC contacting Oracle for technical assistance, the POC shall consolidate and document all of its technical assistance requests and answer all of those product use questions he/she can. For only those questions DISA's technical staff are unable to answer, the POC may contact Oracle's Support Hotline as noted above.

B. Updates

(i.) Upon request, Oracle shall provide three (3) set of Updates to the Master Copy for Supported Program Licenses.

C. Additional Terms and Conditions:

(i.) Updates may include corrections to errors reported in the current commercial release of the Programs as such corrections become generally available to supported licenses. However, nothing in this Addendum shall obligate Oracle to update the Programs or to correct all Program errors;

(ii.) Oracle supports only the current release of the Program and is under no obligation to support a Program when it is no longer commercially available. However, Oracle agrees to provide to DISA support on the old release (i.e., the previous commercial release) on an "as-available" basis as is generally provided by Oracle to all supported commercial customers at no additional charge; and

(iii.) DISA acknowledges that the Programs are for use on the software manufacturer's unmodified version of the operating system and as certified by Oracle. In the event that the software manufacturer's operating system is modified or in any way changed, Oracle shall not be responsible for any problems relating to the incompatibility of DISA's based platforms and Oracle's applicable reference platforms.

I-CASE Special Offer #144 Revision No. 12 Attachment 1 Addendum to Special Offer #144

**Exhibit 3.A.**
**Previously Acquired Licenses**

| *Products* | *Qty* | *User/Device Type* | *License Type* |
|---|---|---|---|
| **Oracle Server - Enterprise Edition** | 1,572 | Concurrent Device | Full Use |
| **Trusted Oracle Server - Enterprise Edition** | 64 | Concurrent Device | Full Use |
| **Enterprise Manager Performance Pack** | 1,572 | Concurrent Device | Full Use |
| **Video Cartridge** | 200 | Concurrent Device | Full Use |
| **Oracle Inter Office Document Cartridge** | 550 | Concurrent Device | Full Use |
| **Designer/2000** | 10 | Developer | Full Use |
| **Developer/2000** | 10 | Developer | Full Use |
| **Programmer/2000** | 10 | Developer | Full Use |
| **SQL*Plus** | 10 | Developer | Full Use |
| **Discoverer User Edition** | 25 | Named User | Full Use |
| **Discoverer Administrator Edition** | 5 | Named User | Full Use |
| | | | |
| **Technical Support:** | | | |
| **Bronze Centralized** | 1 Year | | |
| **Bronze Level Points of Contact** | 5 | Named POC | |

**Exhibit 3.B.**
**Complete DISA Enterprise License**

| Employee Based Set Products | Qty | User/Device Type | License Type |
|---|---|---|---|
| Oracle Server - Enterprise Edition | 9,500 | DISA Users | Full Use |
| Enterprise Manager Performance Pack | 9,500 | DISA Users | Full Use |
| | | | |
| *Technical Support:* | | | |
| Bronze Centralized | 1 Year | | |
| Bronze Level Points of Contact | 10 | Named POC | |
| | | | |
| **Employee Based Portion of Enterprise License with 1 Year Bronze Centralized Technical Support and Additional Points of Contact** | | | |

| Limited Use Software Set Products | Qty | User/Device Type | License Type |
|---|---|---|---|
| Trusted Oracle Server - Enterprise Edition | 64 | Concurrent Device | Full Use |
| Video Cartridge | 200 | Concurrent Device | Full Use |
| Oracle InterOffice Document Cartridge | 550 | Concurrent Device | Full Use |
| Designer/2000 | 10 | Developer | Full Use |
| Developer/2000 | 10 | Developer | Full Use |
| Programmer/2000 | 10 | Developer | Full Use |
| SQL*Plus | 10 | Developer | Full Use |
| Discoverer User Edition | 25 | Named User | Full Use |
| Discoverer Administrator Edition | 5 | Named User | Full Use |
| | | | |
| *Technical Support:* | | | |
| Bronze Centralized | 1 Year | | |
| Bronze Level Points of Contact | 10 | Named POC | |
| | | | |
| **Total Enterprise License including Employee Based Set and Limited Use Software Set, 1 Year Bronze Centralized Technical Support with Additional Points of Contact** | | | |

**Notes to Exhibit 3**

**Notes applicable to orders received in accordance with the terms and conditions of this Network License:**

- Developer/2000, Programmer/2000 and SQL*Plus include unlimited free deployment.
- The Enterprise Manager Performance Pack license level must match the Server product license level.

I-CASE Special Offer #144 Revision 12 Attachment 2

# LEASING TERMS AND CONDITIONS

**Statement**

These lease terms and conditions are hereby incorporated by reference in their entirety within the I-CASE Contract No. F01620-94-D-0002. The I-CASE Contract, applicable Delivery Order and these lease terms and conditions shall constitute the entire agreement between Logicon, Inc. ("Contractor") and the U.S. Government ("Government") relative to the Defense Information Systems Agency (DISA) Oracle lease transaction under the aforementioned contract. It is hereby mutually understood and agreed that as inducement for Contractor entering into this Agreement, the Government has provided required information relative to the essential use of the software Asset which includes, but is not limited to, a description of the currently identified applications to be supported and planned life-cycle operations for the leased software.

1. **Lease.**

(a) The Parties hereto understand and agree that the form of this Agreement is a lease. The Government shall not be obligated to continue performance during the full period of the lease, if pursuant to FAR 52.232 19, funding for the lease Asset and above-mentioned life-cycle operations is not appropriated and is, therefore, unavailable during any Government fiscal year applicable to the effective Lease Term. In addition, the Government shall be relieved from all obligations under the lease, if the Bona Fide Needs of the Government for the Asset cease to exist and such need is not fulfilled within the succeeding twelve (12) months, from the date of non-renewal/termination, with an Asset performing similar functions which the leased Asset was intended to perform.

(b) The Parties hereto expressly understand and agree that the Contractor and the Government shall not be obligated to take any action or perform any covenant under this lease agreement which is contrary to the Anti-Deficiency Act or Federal law. Accordingly, the lease Delivery Orders shall not be deemed to obligate succeeding fiscal year funds or otherwise commit the Government to continue performance beyond the current government fiscal year. The Government agrees to use its best efforts to annually obtain appropriated funds to support the lease under the applicable Delivery Order.

(c) The Contractor has relied on the specified lease term in order to derive the fair Lease Payment.

(d) The Oracle products identified in Special Offer #144 are priced and are being provided to the lessee as a single Asset. If the Government terminates the lease, termination will apply to the entire Delivery Order and not to individual products.

2. **Lease Payments.**

The Lease Payment Plan is shown in EXHIBIT A.

The Contractor's Assignee shall invoice the Government for payment(s) as authorized following issuance of the relevant Delivery Order by the Government, and the Government agrees to remit payment directly to the Assignee.

FAR 52.212-4(b), Assignment, is incorporated by reference and in that regard, CoreStates Bank is the Contractor's Assignee for payments due ("Assignee"). All Lease Payments shall be directed to the Assignee as follows: CoreStates Bank, ATTN: Federal Leasing Department, PO Box 8500-51605 Philadelphia, PA 19178-8500. No modifications will be issued changing the name and/or address of the Assignee without the prior written consent of Assignee. Government acknowledges that Assignee does not assume Contractor's obligations hereunder. Government agrees to make all payments owed to Assignee under the Assignment of Claims Statute 31 USC, Section 3127.

3. Lease End

Upon completion of the entire Lease Term, and full payment of all amounts set forth on Exhibit A "Lease Payment Plan", the Government, without taking further action or accepting further obligations, shall automatically receive a perpetual, fully paid-up license to use the Asset listed on the Addendum "Enterprise License" to Special Offer 144.

4. License Rights.

License rights in software Asset shall vest in the Government upon Contractor's delivery to the Government and signing of the DD250 document. Upon return, for any reason, of the Asset to the Contractor, Government shall relinquish license rights to the Contractor. While license rights rest with the Government, the Contractor (or Contractor's Assignee) shall retain a first security interest in the Asset, and the Government shall sign such documentation as are necessary to perfect the Contractor's (or Contractor's Assignee) security interest. The Government may not, without prior written approval from the Contractor: (1) transfer the leased Asset from the DISA to another Government organization; or (2) "trade-in" the leased Asset for other assets.

5. Risk of Loss.

(a) Government is relieved from all risk of loss or damage to the Asset during periods of delivery. Government shall be responsible for any loss or damage to the Asset during the Lease Term. Government shall assume risk of loss or damage to the Asset during relocation unless Contractor shall undertake such relocation under a modification to the Delivery Order.

(b) If any Asset is damaged, Government shall promptly notify Contractor and shall, at Government's expense, within sixty (60) days of such damage, cause to be made such repairs as are necessary to return such Asset to its previous condition.

(c) In the event any media and documentation are destroyed, damaged beyond repair, lost, stolen, or taken by governmental action for the Lease Term, the Government and Contractor will negotiate reasonable cost for replacement of media and documentation.

6. Taxes.

As provided within the FAR, and notwithstanding the provision of FAR 52.212-4(k), FAR 52.229-1 shall apply to this lease agreement and is hereby incorporated by reference.

7. Care of Asset.

During the Lease Term, the Government shall continue maintenance support, as identified in I-CASE Special Offer #144 Addendum, paragraph 5.0, with the Contractor.

8. Asset Additions

(i) The Lease Term for each Asset addition (excluding updates as provided in Special Offer 144 Addendum) placed under the Delivery Order will be coterminous with the Lease Term applicable to the original Enterprise License Asset. The price for the change or addition will take into account the remaining Lease Term of the existing Asset, the price of the change or addition requested and the Lease Term of the new Asset addition. The Delivery Order shall continue for its Lease Term and the Government shall issue a modification to the Delivery Order which sets forth the new Lease Payment.

I-CASE Special Offer #144 Revision 12 Attachment 2

(ii) The Asset addition Lease Payment will be calculated in accordance with the terms of the Contractor's "Enterprise License Addition Special Offer" which will be presented to the Government detailing the additions and applicable lease payments.

9. **Relocation.**

The Government shall keep records of the location of the Software Enterprise License, Software Master Media and Manuals (Collectively referred to as "Asset") and use best efforts to provide Contractor with thirty (30) days written notice of any intended relocation of the Asset. All expenses of the relocation shall be paid by Government including transportation and reinstallation at the new site. Lease Payments shall continue during the Government's relocation of the Assets.

10. **Return of Asset.**

Within thirty (30) days after the date of Termination for Convenience or non-renewal of the Delivery Order anticipated full Lease Term, the Government shall, at its own risk and expense, have the Asset packed for shipment in accordance with the Contractor's specifications and shall return the Asset to Contractor in the same condition as when delivered, ordinary wear and tear excepted. Upon request by the Government and at the Government's expense, Contractor shall assist in the de-installation and packing of Asset so terminated or non-renewed. Such services, if required, are outside the scope of this Agreement. Additionally, in the event of a termination or non-renewal prior to completion of the full Lease Term, the lessee shall, within thirty (30) days from the occurrence of such event: (1) cease using the Asset; (2) remove the Asset from all computers on which the Asset was installed; and (3) certify to the Contractor that usage of the Asset has been discontinued and that all copies of the Asset's media and documentation have been returned to the Contractor or destroyed.

11. **No Discount for Early Payment.**

No discount shall be applicable to early payment by the Government.

12. **Reserved.**

13. **Definitions.**

| | |
|---|---|
| Government/Lessee: | DISA |
| Contractor/Lessor: | Logicon, a wholly owned subsidiary of Northrop-Grumman Corp. |
| Assignee: | MLC Federal Inc. |
| Contract: | I-CASE F01620-94-D-0002 |
| Delivery Order: | I-CASE Special Offer #144 and DO TBD |
| Asset: | Oracle license as described in I-CASE Special Offer #144 |
| Lease Payment: | The periodic payment set forth in the Delivery Order TBD and Special Offer #144 |
| Lease Term: | The entire length of time for which the Asset is anticipated to be leased, as set forth in the Delivery Order. |
| Commencement Date | Date the Asset is shipped to the Government. |
| Acceptance: | Thirty-one (31) days from delivery of the Asset. |
| First Lease Payment Due Date: | Thirty (30) days after receipt of invoice. |
| End of Lease Term Option: | As specified in EXHIBIT A |

I-CASE Special Offer #144 Revision 12 Attachment 2

**14. Financing Statements.**

Government agrees, upon Contractor's request, to execute and deliver to Contractor any reasonable financing statements, fixture filings or other instruments necessary for expedient filing, recording or perfecting the interest and title of Contractor in this Agreement and the Asset. Government agrees that where permitted by law, a copy of this Agreement may be filed in lieu of a financing statement.

**15. Reserved.**

I-CASE Special Offer #144 Revision 12 Attachment 2

**EXHIBIT A**
**SCHEDULE**

1. **Lease Payment Plan (Strictly for Planning Purposes):**

| Payment Number | Order Due Date | Payment Amount |
|---|---|---|
| 1 | 18 June 1998 | 2,500,000.00 |
| 2 | 30 Sep 1998 | 1,571,211.00 |

I-CASE Special Offer #330 Revision 4 Attachment 1

# LEASING TERMS AND CONDITIONS

**Statement**

These lease terms and conditions are hereby incorporated by reference in their entirety within the I-CASE Contract No. F01620-94-D-0002. The I-CASE Contract, applicable Delivery Order and these lease terms and conditions shall constitute the entire agreement between Logicon, Inc. ("Contractor") and the U.S. Government ("Government") relative to the CECOM Starburst lease transaction under the aforementioned contract. It is hereby mutually understood and agreed that as inducement for Contractor entering into this Agreement, the Government has provided required information relative to the essential use of the software Asset which includes, but is not limited to, a description of the currently identified applications to be supported and planned life-cycle operations for the leased software.

1. **Lease.**

(a) The Parties hereto understand and agree that the form of this Agreement is a lease. The Government shall not be obligated to continue performance during the full period of the lease, if pursuant to FAR 52.232-19, funding for the lease Asset and above-mentioned life-cycle operations is not appropriated and is, therefore, unavailable during any Government fiscal year applicable to the effective Lease Term. In addition, the Government shall be relieved from all obligations under the lease, if the Bona Fide Needs of the Government for the Asset cease to exist and such need is not fulfilled within the succeeding twelve (12) months, from the date of non-renewal/termination, with an Asset performing similar functions which the leased Asset was intended to perform.

(b) The Parties hereto expressly understand and agree that the Contractor and the Government shall not be obligated to take any action or perform any covenant under this lease agreement which is contrary to the Anti-Deficiency Act or Federal law. Accordingly, the lease Delivery Orders shall not be deemed to obligate succeeding fiscal year funds or otherwise commit the Government to continue performance beyond the current government fiscal year. The Government agrees to use its best efforts to annually obtain appropriated funds to support the lease under the applicable Delivery Order.

(c) The Contractor has relied on the specified lease term in order to derive the fair Lease Payment.

(d) The Starburst products identified in Special Offer #330 are priced and are being provided to the lessee as a single Asset. If the Government terminates the lease, termination will apply to the entire Delivery Order and not to individual products.

2. **Lease Payments.**

The Lease Payment Plan is shown in EXHIBIT A.

3. **Lease End**

Upon completion of the entire Lease Term, and full payment of all amounts set forth on Exhibit A "Lease Payment Plan", the Government, without taking further action or accepting further obligations, shall automatically receive a perpetual, fully paid-up license to use the Asset in this Special Offer.

4. **License Rights.**

License rights in software Asset shall vest in the Government upon Contractor's delivery to the Government and signing of the DD250 document. Upon return, for any reason, of the Asset to the Contractor, Government shall relinquish license rights to the Contractor. While license rights rest with the Government, the Contractor (or Contractor's Assignee) shall retain a first security interest in the Asset, and the Government shall sign such documentation as are necessary to perfect the Contractor's (or Contractor's Assignee) security interest. The Government may not, without prior written approval

from the Contractor: (1) transfer the leased Asset from the Air Force to another Government organization; or (2) "trade-in" the leased Asset for other assets.

5. **Risk of Loss.**

(a) Government is relieved from all risk of loss or damage to the Asset during periods of delivery. Government shall be responsible for any loss or damage to the Asset during the Lease Term. Government shall assume risk of loss or damage to the Asset during relocation unless Contractor shall undertake such relocation under a modification to the Delivery Order.

(b) If any Asset is damaged, Government shall promptly notify Contractor and shall, at Government's expense, within sixty (60) days of such damage, cause to be made such repairs as are necessary to return such Asset to its previous condition.

(c) In the event any media and documentation are destroyed, damaged beyond repair, lost, stolen, or taken by governmental action for the Lease Term, the Government and Contractor will negotiate reasonable cost for replacement of media and documentation.

6. **Taxes.**

As provided within the FAR, and notwithstanding the provision of FAR 52.212-4(k), FAR 52.229-1 shall apply to this lease agreement and is hereby incorporated by reference.

7. **Care of Asset.**

During the Lease Term, the Government shall continue maintenance support, as identified in I-CASE Special Offer #330.

8. **Asset Additions**

(i) The Lease Term for each Asset addition (excluding updates as provided in Special Offer 330) placed under the Delivery Order will be coterminous with the Lease Term applicable to the original Network License Asset. The price for the change or addition will take into account the remaining Lease Term of the existing Asset, the price of the change or addition requested and the Lease Term of the new Asset addition. The Delivery Order shall continue for its Lease Term and the Government shall issue a modification to the Delivery Order which sets forth the new Lease Payment.

(ii) The Asset addition Lease Payment will be calculated in accordance with the terms of the Contractor's "Special Offer" which will be presented to the Government detailing the additions and applicable lease payments.

9. **Relocation.**

The Government shall keep records of the location of the Software License, Software Master Media and Manuals (Collectively referred to as "Asset") and use best efforts to provide Contractor with thirty (30) days written notice of any intended relocation of the Asset. All expenses of the relocation shall be paid by Government including transportation and reinstallation at the new site. Lease Payments shall continue during the Government's relocation of the Assets.

10. **Return of Asset.**

Within thirty (30) days after the date of Termination for Convenience or non-renewal of the Delivery Order anticipated full Lease Term, the Government shall, at its own risk and expense, have the Asset

packed for shipment in accordance with the Contractor's specifications and shall return the Asset to Contractor in the same condition as when delivered, ordinary wear and tear excepted. Upon request by the Government and at the Government's expense, Contractor shall assist in the de-installation and packing of Asset so terminated or non-renewed. Such services, if required, are outside the scope of this Agreement. Additionally, in the event of a termination or non-renewal prior to completion of the full Lease Term, the lessee shall, within thirty (30) days from the occurrence of such event: (1) cease using the Asset; (2) remove the Asset from all computers on which the Asset was installed; and (3) certify to the Contractor that usage of the Asset has been discontinued and that all copies of the Asset's media and documentation have been returned to the Contractor or destroyed.

**11. No Discount for Early Payment.**

No discount shall be applicable to early payment by the Government.

**12. Reserved.**

**13. Definitions.**

| | |
|---|---|
| Government/Lessee: | USArmy Communications Electronics Command (CECOM) |
| Contractor/Lessor: | Logicon, a wholly owned subsidiary of Northrop-Grumman Corp. |
| Contract: | I-CASE F01620-94-D-0002 |
| Delivery Order: | I-CASE Special Offer #330 and DO 5981 |
| Asset: | Starburst license as described in I-CASE Special Offer #330 |
| Lease Payment: | The periodic payment set forth in Delivery Order 5981 and Special Offer #330 |
| Lease Term: | The entire length of time for which the Asset is anticipated to be leased, as set forth in the Delivery Order. |
| Commencement Date | Date the Asset is shipped to the Government. |
| Acceptance: | Thirty-one (31) days from delivery of the Asset. |
| First Lease Payment Due Date: | Thirty (30) days after receipt of invoice. |
| End of Lease Term Option: | As specified in EXHIBIT A |

**14. Financing Statements.**

Government agrees, upon Contractor's request, to execute and deliver to Contractor any reasonable financing statements, fixture filings or other instruments necessary for expedient filing, recording or perfecting the interest and title of Contractor in this Agreement and the Asset. Government agrees that where permitted by law, a copy of this Agreement may be filed in lieu of a financing statement.

**15. Purchase Option.**

The Government has the right to purchase the Asset. The purchase price will be calculated in the amount, and on the date, stated in Exhibit A, entitled "Purchase Option". The Government agrees to use its best efforts to provide reasonable advance written notice to the Contractor in the event of such purchase.

**Citizens Leasing Corporation**

# Memo

EXHIBIT
7
3/1/06
Jason M. Rytch, C.S.R.

**To:** FILE

**From:** Nancy Anoushian

**Date:** January 28, 2000

**Re:** US Army CECOM, Sch. 001

---

Today we, Marybeth Corrente & Nancy Anoushian, spoke with Barbara Star, acting software division chief of SSG for the US Army CECOM . Our conversation concerned equipment financed under Delivery Order No. 5981 & 6022 to Contract No. F01620-94-D-0002. Also present on the phone was Barry Bernstein (Logicon), and Bill Beale (MLC).

The questions that were asked are as follows:

- Is the person you spoke to the person who executed the DD-250? NO
- Is the person you spoke to the Contracting Officer who signed the Notice of Assignment? NO
- If not, what is the name and title of the person you spoke to? Barbara Star, acting software division chief of SSG
- Does the person who did sign the Acceptance document have authorization to do so? (Joseph Johnson) YES
- What is the equipment being financed? software and annual support
- Is the equipment that is being financed performing as expected? Is it up and running? YES
- To the best of his/her knowledge, does the government intend to appropriate funds in its next budget for the continuation of lease payments? YES
- Is this equipment deemed essential? YES
- Is Teresa Harris authorized to sign Delivery Orders and Mods? YES
- Are the payments to this I-CASE contract assignable? YES
- Would it be possible to obtain a copy of the portion of the contract that talks payments and/or assignability?

App. 154

Ms. Star agreed that the assignability of the contract was not clearly referenced in the delivery order. She said that a request for an amendment was submitted to her and that she would review and administer it next week (1/31/00-2/4/00).

000137

**Citizens Leasing Corporation**

# Memo

**To:** FILE

**From:** Nancy Anoushian

**Date:** January 28, 2000

**Re:** US Army CECOM, Sch. 001

---

Today we, Marybeth Corrente, Nancy Anoushian & Beth Fairbank, spoke with Barbara Star (title) for the US Army CECOM. Our conversation concerned equipment financed under Delivery Order No. 5981 & 6022 to Contract No. F01620-94-D-0002. Also present on the phone was Barry Bernstein (Logicon), Andrew Norton and Bill Beale (MLC).

The questions that were asked are as follows:

- ~~Is the person you spoke to the person who executed the DD-250?~~ YES or NO
- ~~Is the person you spoke to the Contracting Officer who signed the Notice of Assignment?~~ YES or NO
- If not, what is the name and title of the person you spoke to? Barbara Star (What's her title)
- Does the person who did sign the Acceptance document have authorization to do so? (~~J.E.~~ Johnson) YES or NO
- What is the equipment being financed?
- Is the equipment that is being financed performing as expected? Is it up and running? YES or NO
- To the best of his/her knowledge, does the government intend to appropriate funds in its next budget for the continuation of lease payments? YES or NO
- Is this equipment deemed essential? YES or NO
- Are Teresa Harris and John del Bands authorized to sign Delivery Orders and Mods? YES or NO
- Is this I-CASE contract assignable? YES or NO
- Would it be possible to obtain a copy of the portion of the contract that talks payments and/or assignability? YES or NO



000138

**Citizens Leasing Corporation**

# Memo

**To:** FILE

**From:** Nancy Anoushian

**Date:** January 28, 2000

**Re:** US Army CECOM, Sch. 001

---

Today we, Marybeth Corrente & Nancy Anoushian, spoke with Barbara Star, acting software division chief of SSG for the US Army CECOM . Our conversation concerned equipment financed under Delivery Order No. 5981 & 6022 to Contract No. F01620-94-D-0002. Also present on the phone was Barry Bernstein (Logicon), and Bill Deale (MLC).

The questions that were asked are as follows:

- Is the person you spoke to the person who executed the DD-250? NO
- Is the person you spoke to the Contracting Officer who signed the Notice of Assignment? NO
- If not, what is the name and title of the person you spoke to? Barbara Star, acting software division chief of SSG
- Does the person who did sign the Acceptance document have authorization to do so? (Joseph Johnson) YES
- What is the equipment being financed? software and annual support
- Is the equipment that is being financed performing as expected? Is it up and running? YES
- To the best of his/her knowledge, does the government intend to appropriate funds in its next budget for the continuation of lease payments? YES
- Is this equipment deemed essential? YES
- Is Teresa Harris authorized to sign Delivery Orders and Mods? YES
- Are the payments to this I-CASE contract assignable? YES
- Would it be possible to obtain a copy of the portion of the contract that talks payments and/or assignability?

App. 156

Ms. Star agreed that the assignability of the contract was not clearly referenced in the delivery order. She said that a request for an amendment was submitted to her and that she would review and administer it next week (1/31/00-2/4/00).

000137

**Citizens Leasing Corporation**

# Memo

I-CASE is one of the contracts under the software division

James Harbison does all their leasing

program manager command control – his visibility

**To:** FILE

**From:** Nancy Anoushian

**Date:** January 28, 2000

**Re:** US Army CECOM, Sch. 001

---

Today we, Marybeth Corrente, Nancy Anoushian & Beth Fairbank, spoke with Barbara Star (title) for the US Army CECOM . Our conversation concerned equipment financed under Delivery Order No. 5981 & 6022 to Contract No. F01620-94-D-0002. Also present on the phone was Barry Bernstein (Logicon), Andrew Norton and Bill Beale (MLC).

The questions that were asked are as follows:

- ~~Is the person you spoke to the person who executed the DD-250?~~ YES or NO
- ~~Is the person you spoke to the Contracting Officer who signed the Notice of Assignment?~~ YES or NO
- If not, what is the name and title of the person you spoke to? Barbara Star (What's her title) Acting software division chief SSG
- Does the person who did sign the Acceptance document have authorization to do so? (~~J.E.~~ Joseph Johnson) YES or NO
- What is the equipment being financed? software + annual
- Is the equipment that is being financed performing as expected? Is it up and running? YES or NO
- To the best of his/her knowledge, does the government intend to appropriate funds in its next budget for the continuation of lease payments? YES or NO
- Is this equipment deemed essential? YES or NO
- Are Teresa Harris and John del Bando authorized to sign Delivery Orders and Mods? YES or NO
- Is this I-CASE contract assignable? YES or NO

App. 157

- Would it be possible to obtain a copy of the portion of the contract that talks payments and/or assignability? YES or NO

→ Bill – I-CASE on a standard contract does not make reference to assignability

000138