IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-595C |
| THE UNITED STATES, | ) | (Senior Judge Smith) |
| Defendant. | ) | |

**STIPULATION**

(through

It is hereby stipulated by and between plaintiff and defendant that Exhibits 1 ~~thought~~ 6 marked at the deposition of Joseph E. Johnson, dated March 1, 2006, are copies of authentic copies of contract or contract-related documents in this case (excluding any handwriting, other than signatures) and are admissible in evidence, and it is further stipulated that Exhibits 3 through 6, marked at the same deposition, constitute relevant task orders and supplemental agreements between the United States of America, Department of the Air Force, and the contractor, Logicon, Inc.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

DONALD E. KINNER
Assistant Director

MICHAEL E. GELTNER, Esq.
GELTNER & ASSOCIATES, P.C.
Number 10 E Street, S.E.
Washington, DC 20003
*(202) 547-1136*

Attorney for Plaintiff

Dated: ____________

J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
*Department of Justice*
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7586
Fax: (202) 514-7969

Attorneys for Defendant

Dated: 8/30/06