StarBurst Software

ATTACHMENT 4

March 13, 2000

Mr. Barry Bernstein
Logicon, Inc.
222 West Sixth Street
San Pedro, CA 90733-0471
USA

Dear Mr. Bernstein:

On behalf of StarBurst Software I am pleased to present some exciting news. StarBurst is being acquired by Adero Inc., the emerging leader in global distributed networks. Adero's GlobalWise(tm) Network allows companies to conduct e-business around the globe with the same consistency, convenience, and reliability as e-business around the corner.

StarBurst OmniCast technology will be used as a part of the Adero GlobalWise Suite of Services and will enable Adero to simultaneously move terabytes of content to distributed devices around the world.

StarBurst and Adero are committed to supporting all StarBurst customers who have licensed software products. For StarBurst customers that are on maintenance agreements, StarBurst will continue to offer 5 x 8 phone support for the next 12 months and will continue to distribute and support any software patches or fixes as per our existing maintenance agreement. StarBurst will discuss a program with each customer that will allow customers to buy receiving clients over the next 12 months or as otherwise provided.

StarBurst will discontinue the selling of StarBurst software products to new customers and will not be releasing any new versions past its current OmniCast 1.75.

Your field sales team will be calling you to discuss your needs for additional receiving clients over the next 12 months.

Thank you,

Bill Andrews
Vice President of Sales and Marketing
StarBurst Software
Bandrews@starburstsoftware.com

www.adero.com

EXHIBIT 4
JARDENE L. PLATT,
RPR, CSR No. 3724
DATE: 8-2-06

App. 303

000450



"Randy Korich" <korich@adelphia.net>
03/15/00 05:47 AM
Please respond to korich

To: "Joseph Johnson (E-mail)" <JJohnson@c3smail.monmouth.army.mil>
cc:
Subject: we have a problem

Joe

We do have a problem. I beep you yesterday to discuss, don't know if you got the page or read the below email. Anyways, per the message below and my conversation with Rick O'Brien yesterday, Omnicast is being pulled from the commercial market place. Starburst is being sold and there new company does not want to support the Omnicast product. Therefore no more sender licenses (key feature of the product) are being sold, no interface is being worked for Solaris etc... Therefore, not sure were we go from here. We can get Gen B. and Air Force to call the president of starburst and make a plea for them to sell the source code to us or support the product in some way?

On the other front, met with Mitre yesterday and began working the charts for Friday. Will discuss with you later. I will be doing most of charts from home this morning, would like to talk with you. Give me a call at 341-5290/8275.

Regards,

Randy J Korich
NetCentric Technology, Inc.
732-341-5290
Fax 732-341-8258

-----Original Message-----
**From:** Richard O'Brien [mailto:robrie1@ibm.net]
**Sent:** Tuesday, March 14, 2000 10:57 AM
**To:** Ronald D. Elliott; Ron Beuhring; 'Hammondg@Hanscom. Af. Mil'; Glenn Archer; Gambacorta, Mike; Clif Banner; Dawn Hartley; David Usechak; David M. Kelly PhD
**Cc:** Slaght, RADM Kenneth D.; Roy A. Axford Jr.; Robert B Ashcraft; Rex Buddenberg; Klee@C3smail. Monmouth. Army. Mil; korich@adelphia.net; ctb@mitre.org
**Subject:** Important StarBurst News

All,

The following letter (below) went out to our customers this morning. A press release will hit the wires tomorrow. For an impartialtechnical discussion about Adero's business model, please view: http://www.techweb.com/se/directlink.cgi?DAT19991021S0016

V/R

Rick O'Brien

703-319-8078

EXHIBIT 5
JARDENE L. PLATT, RPR, CSR No. 3724
DATE: 8-2-06

On behalf of StarBurst Software I am pleased to present some exciting news. StarBurst is being acquired by Adero Inc., the emerging leader in global distributed networks. Adero's GlobalWise(tm)

Network allows companies to conduct e-business around the globe with the same consistency, convenience, and reliability as e-business around the corner.

StarBurst OmniCast technology will be used as a part of the Adero GlobalWise Suite of Services and will enable Adero to simultaneously move terabytes of content to distributed devices around the world.

StarBurst and Adero are committed to supporting all StarBurst customers who have licensed software products. For StarBurst customers that are on maintenance agreements, StarBurst will continue to offer 5 x 8 phone support for the next 12 months and will continue to distribute and support any software patches or fixes as per our existing maintenance agreement. StarBurst will discuss a program with each customer that will allow customers to buy receiving clients over the next 12 months or as otherwise provided.

StarBurst will discontinue the selling of StarBurst software products to new customers and will not be releasing any new versions past its current OmniCast 1.75.

Your field sales team will be calling you to discuss your needs for additional receiving clients over the next 12 months.

Thank you,

Bill Andrews

Vice President of Sales and Marketing

StarBurst Software

Bandrews@starburstsoftware.com

www.adero.com

Peg

**From:** Soltis, Gerald A.
Sent: Tuesday, March 21, 2000 2:41 PM
To: Higgins, Margaret
Cc: Speers, Guy
Subject: RE: StarBurst?

Dear Peg,

Greetings! Yes, we are taking the lead to explore viable business solutions to this untimely development. I have sent an email msg to DARPA, DISA, and other agencies that have invested in Starburst products to inform them of our activity and progress.

We are exploring the possibility of acquiring source code and continuing the development effort, but of course, we will need to see a positive response from the defense community. I should know more within a week.

Best,

Jerry

-----Original Message-----
**From:** Higgins, Margaret
**Sent:** Tuesday, March 21, 2000 2:07 PM
**To:** Soltis, Gerald A.
**Subject:** StarBurst?

Hello Gerald,

I'm wondering how Logicon is dealing with the demise of StarBurst Software?

I'm Peg Higgins, and we met here in Melbourne at Northrop Grumman during recent company visits with Logicon and the Joint STARS Advanced Technology IR&D work. If I remember correctly Logicon / NG has a large investment in StarBurst. Is the technology (source code) transferring to your department, by any chance? Does StarBurst have a solution proposal for you? We were given a "Dear John" letter only. I wondered if you were treated in a similiar manner.

Looking forward to hearing from you.
Best Regards,

Peg Higgins
Engineering Specialist
Northrop Grumman Corp
2000 Nasa Blvd
Melbourne, FL 32903
321-951-5294

EXHIBIT 6
JARDENE L. PLATT, RPR, CSR No. 3724
DATE: 8-2-06

**"Speers, Guy"**
<gspeers@logicon.com>

12/22/00 02:37 PM

To: 'Dorothy Priest' <dorothy.priest@gunter.af.mil>
cc: "'estern@c3smail.monmouth.army.mil'" <estern@c3smail.monmouth.army.mil>, "'jjohnson@c3smail.monmouth.army.mil'" <jjohnson@c3smail.monmouth.army.mil>, "Bernstein, Barry" <bbernstein@logicon.com>, "Mittu, Rajan" <rmittu@logicon.com>
Subject: Starburst Lease

Dorothy,

Logicon requests that CECOM does not return the software or make any definitive decisions about its disposition until after we meet with CECOM on January 5th. Eric Stern and Joe Johnson have agreed to meet with me on January 5th to discuss a resolution to this issue.

Thank you,

Guy Speers
Vice president,
Logicon Applications Solutions

Logicon
2100 Washington Boulevard
Arlington, VA 22204
Tel: (703) 312-2478
Fax: (703) 486-8554
gspeers@logicon.com

EXHIBIT 7
JARDENE L. PLATT,
RPR, CSR No. 3724
DATE: 8-2-06

**Bernstein, Barry**

| | |
|---|---|
| From: | Bernstein, Barry |
| Sent: | Monday, April 23, 2001 4:50 PM |
| To: | Speers, Guy; Mittu, Rajan; Zagurski, Keith; Delbando, John; Bernstein, Barry |
| Subject: | GOOD NEWS - I HOPE!!! - CECOM |

On Thursday of last week, and again this morning, I have had extensive conversations with Joe Johnson and his boss, John Perrapato, at CECOM regarding their default on the Starburst lease. I "believe" we have an agreement in place whereby Cecom will immediately make payment of the first of 2 payments of $285,000 (we will have to make this payment to ePlus/Citizens to get this off of Citizen's books). The last payment of $285,000 will be contingent upon us helping Cecom find a substitution product(s) (CacheStream, etc) by a date certain. If we don't find a substitution product (which does not necessarily have to be at no cost), we will forgive the last payment of $285,000 (which in essence has been already taken care of out of the Navair lease payments). In addition, Cecom wants our "consulting" help in reviewing all of their outstanding licenses and coming up with a suggestion for combining the licenses in one or more large enterprise licenses. The initial consulting task may need to be at no cost, but could end up with a major sale. Perhaps we could work out a 2 phase competition on behalf of Cecom (like we did for AFMC - between Tivoli, CA, HP and Microsoft). I will provide you more information on this after my next (hopefully last) negotiation/discussion with Joe Johnson this Friday.

EXHIBIT 8
JARDENE L. PLATT, RPR, CSR No. 3724
DATE: 8-2-06



000788

Bernstein, Barry

| | |
|---|---|
| From: | Zachary Pepin [ZPepin@swan-vision64.com] |
| Sent: | Thursday, March 08, 2001 7:00 AM |
| To: | Bernstein, Barry |
| Subject: | STARBURST SUPPORT (Very Important) |

Hello,

March 8, 2001

As of April 1, 2001, Adero will be ceasing support of the Starburst product your company is currently using. I am writing you today, because Adero and Swan have announced and agreement and we acquired the license for the source code. This means that if you do not want an orphaned product, you will have to get support from us (Swan International).

Please feel free to give me a call and we can discuss this situation. Thanks!

Zachary Pepin
Swan International
Marketing Representative
800-929-5013

CECOM

EXHIBIT 9
JARDENE L. PLATT, RPR, CSR No. 3724
DATE: 8-2-06



000782

July 3, 2002

Department of the Air Force
HQ SSG/PK
85 Hodges Avenue South, Building 403
MAFB-Gunter Annex, AL 36114-3207

EXHIBIT 10
JARDENE L. PLATT, RPR, CSR No. 3724
DATE: 8-2-06

Attention: Mr. Harry Bryan
Contracting Officer

Subject: Certified Claim

Reference: (a) Department of the Air Force letter dated 25 June 2002

(b) Northrop Grumman Letter No. 200.JDB.02-0008 dated 12 June 2002

Dear Mr. Bryan,

This letter is in response to the reference (a) letter in which the Government requested documentation, both written or oral communications, including email that relate to the period 1 July 1999 through 1 Feb 2001.

In response to your request, Northrop Grumman (formerly Logicon, Inc.) has searched all records for written record of details relating to this transaction, including email records per your direction. Additionally, we have contacted our lending partner, E-Plus (called MLC Federal, Inc. at the time of the transaction) to obtain all pertinent records as well. To respond we will first address the issues raised in your letter and then provide a comprehensive data sharing in the form of the attached packet which we are calling the "Record of Transaction", which is divided by various tabs, for your convenience. The content summary of each tab is described later in this letter.

In direct response to the reference (a) letter, the following responses are offered:

In response to paragraph 1, Logicon acknowledges the FAR-mandated 60 day response timeframe. Logicon hereby requests a date by which a final decision will be issued.

In response to paragraph 2, the government requests records of "marketing, negotiation and performance of the Starburst Software as well as suitability of" the software. Specific record of marketing and negotiation can be found in Tabs 1, 3, 22 and 27. The only record of performance we have been able to find is in Tab 14, the record of the Due Diligence call between Logicon, its lending partner (MLC Federal, Inc.), CECOM and the underwriting bank. Within this document the question is asked of CECOM, "Is the software performing as expected?" to which the government's answer is "Yes".

As for the vendor possibly making specific written commitments as to the suitability of the OmniCast product, the only instances where the vendor provided any written

commitment were in their proposal, Tab 1. There is an email, Tab 19, written by an outside party to the transaction, which provides additional hearsay as to Starburst's anticipated commitments. The specific commitment provided by Starburst within its proposal was passed along to the Government as part of the Special Offer notes (Tab 3). Please be advised that if any representations or warranties were made to CECOM, either expressly or impliedly, Logicon, as the prime contractor would be pleased to have fulfilled such representations and warranties if they had been brought to our attention in a timely manner. In addition, we remain ready, willing and able to fulfill all obligations applicable to Logicon requirements.

In response to paragraph 3 of reference (a) Logicon, unfortunately does not have access to Starburst records but there are numerous email exchanges between Logicon and Starburst as well as CECOM throughout the attached Record of Transaction.

Logicon does not have any record of communications between CECOM and Logicon concerning efforts to apply the software to the ABCS development effort. However, given Logicon did not have an integration contract, Logicon would not have had a role in ensuring performance or function.

A copy of the executed DD250 is behind Tab 10, however, there is no record, whatsoever, concerning the non-renewal decision and return of the software media for several reasons. First, Logicon was not made aware of the non-renewal decision as evidenced by the invoice Logicon submitted (Tab 12) and subsequent follow-up efforts to be paid. Second, Logicon never received written notification of non-renewal, by letter or email, and in accordance with the contract. And finally, there is no record of return of software or its media because it was never returned.

As for "efforts by CECOM to utilize the Starburst software" it is important to realize that Logicon, not having an integration role, was not aware of the problem until after CECOM did not renew by issuing a delivery order and remitting payment. Therefore, we can only speak to these difficulties based on what we were told and what we learned after this point. Remember, Logicon's role was to broker a resale lease transaction by facilitating the financial transaction. Logicon had a financial/business role, not a technical/implementation role.

However, once we became aware of this problem we attempted to help CECOM solve the problem by offering, free of charge, technical assistance on a continuous basis. Logicon also pursued alternate sources of supply to obtain a solution to CECOM's requirements. Again, Logicon was not contractually responsible for the CECOM C3S ABCS implementation. These efforts also carried a significant cost, which we have refrained from including as part of this claim as can be easily ascertained by reviewing the number of meetings, trips taken and number of alternate vendors Logicon met with in order to assist CECOM in solving the problem.

In response to paragraph 3, the government has stated that it "will be forced to rely on documentation provided by CECOM to determine the facts surrounding the negotiation

of the contract modification, execution of the Essential Need letter and delivery order and CECOM's compliance with the terms of the lease." We understand this and we have provided all available documentation. It is our desire to cooperate fully as we believe the facts clearly support our claim. If there is documentation, provided by CECOM, we hereby request a copy so that we might review it and either confirm, clarify or refute it. As for the facts surrounding signing of a delivery order and essential need document, we believe those documents contain the exact intent of both parties and it is not clear what further explanation the government requires. However, we would be happy to elaborate on any specific question concerning these documents.

We hereby confirm that the re-certification you've requested, in paragraph 4 of the reference (a) letter, applies to all additional documents within this transmittal.

For your convenience we have assembled the attached RECORD OF TRANSACTION, which chronologically details all of the written documentation related to this transaction. It also documents our aforementioned efforts in attempting to solve the problem once we became aware of it even though Logicon was not contractually obligated to do so.

A summary of each Tab is provided below:

| Tab | Date | Summary of Content |
|---|---|---|
| 1 | 9/2/99 | Price Quote from Starburst |
| 2 | 9/22/99 | Letter of Essential Need executed by Mr. J. Johnson, CECOM. |
| 3 | 9/22/99 | Logicon's Special Offer with leasing terms and conditions attached |
| 4 | 923/99 | MLC Federal, Inc.'s Commitment letter agreeing to loan value and rates |
| 5 | 9/29/99 | Non-Displacement letter executed by Starburst |
| 6 | 9/29/99 | Logicon Purchase Order 29033001 issued to Starburst with email from G. Speers to B. Bernstein and J. Soltis regarding issuance of advance Purchase Order. |
| 7 | 10/12/99 | Starburst Invoice received 10/13/99 |
| 8 | 10/20/99 | Delivery Order 5981 issued by CECOM |
| 9 | 10/21/99 | Logicon letter IEC99114, DD250 transmittal to Mr. J. Johnson, CECOM |
| 10 | 11/3/99 | Execution of DD 250 Acceptance Document by Mr. J. Johnson, CECOM |
| 11 | 12/3/99 | First Amendment to Delivery Order |
| 12 | 12/29/99 | Logicon invoice to MLC Federal, Inc. (lending partner) |
| 13 | 1/5/00 | Executed Schedule 11 between Logicon and MLC Federal, Inc., with Warranty, Agreement Certification and Instrument of Assignment |
| 14 | 1/28/00 | Memorandum record of Due Diligence call with handwritten notes |
| 15 | 2/7/00 | Executed Acknowledgement and Consent to Assignment |
| 16 | 3/8/00 | Modification P00236 to ICASE Contract incorporating revision 5 to Special Offer (which incorporates updated Special Offer terms and conditions). |
| 17 | 5/1/01 | Settlement Offer from Logicon to CECOM: CECOM did not respond |
| | 4/23/01 | Email from B. Bernstein to Speers, Mittu , Zagurski, DelBando discussing possible settlement of CECOM default. |

| | | |
|---|---|---|
| 18 | 12/14/01 | Invoice from E-Plus (formerly MLC Federal, Inc.: includes Logicon check request and copy of check. |

Email Summary during Year 2000:

| | | |
|---|---|---|
| 19 | 9/22/99 | Email from Richard O'Brien (Starburst: Mr. O'Brien had an IBM email account at the time) to Jerry Soltis (Logicon) which discusses commitments by Starburst. |
| 20 | 3/21/00 | Email from J. Soltis (logicon) to Peg Higgins (Northrop) represents earliest Logicon knew of Starburst problem |
| 21 | 7/14/00 | Email from Hollie Ross (Channel Dancer) represents first email concerning an alternate product to solve the problem |
| 22 | Various | All other Year 2000 email traffic having to do with Starburst, alternate solutions, marketing, negotiation for this transaction. |

Email Summary during Year 2001

| | | |
|---|---|---|
| 23 | 3/30/01 | Email from Mark Mayne (Cachestream) to Bill Malthouse (Logicon) concerning setting up a meeting with CECOM to discuss the possiblility of Cachestream providing an alternate solution. |
| 24 | 4/3/01 | Meeting minutes from Meeting between CECOM, Cachestream and Logicon on April 2, 2001 to discuss alternative solution |
| 25 | 4/6/01 | Email from Bill Beale (MLC Federal, Inc.) to Barry Bernstein (Logicon) indicating that CECOM requested additional functionality be added to the software and that Logicon has taken it on themselves to provide additional software and support. |
| | 4/10/01* | Email from W. DeBlois (Citizens Bank) to B. Bowen (MLC Federal, Inc.) confirming how Logicon, MLC Federal and Citizens paid the balance of the lease |
| 26 | 5/3/01 | Email from Barry Bernstein (Logicon) to J. Johnson (CECOM) concerning the free labor Logicon was offering CECOM to help solve the problem |
| 27 | Various | All other Year 2001 email traffic having to do with Starburst, alternate solutions, free labor for this transaction. |

* The money that has been due, owing and not paid by CECOM has been paid by Logicon. Therefore, Logicon has sustained a significant financial impact as a result of CECOM's breach of contract (See Tab 25 email from Bill DeBlois).

Should you have any questions please address them to Mr. Jeffrey C. Nolan at (703) 312-2003 or the undersigned at (310) 831-0611.

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the contractor believes the government is liable; and that I am duly authorized to certify the claim on behalf of the contractor.

John del Bando Date
Contracts Manager

Nolan, Jeffrey C.

From: Delbando, John
Sent: Thursday, October 17, 2002 2:48 PM
To: Nolan, Jeffrey C.; Bockrath, Robyn; Soltis, Gerald A.; Bernstein, Barry
Subject: FW: Contract F01620-94-D-0002 D.O. 5981 and Special Offer #330, Rev 3

Request to NG for Additional I...

Jeff, Robyn, Barry & Jerry -

The I-CASE Contracting Officer has issued a letter (attached) addressing our Claim for D.O. 5981 for the Starburst Special #330. We have an opportunity to provide the data and documentation delineated below (excerpt from the letter). Due date is 10/22/02.

Jeff -
Do you see any problem with our providing such data and documentation if available. If we do want to provide, do we want an extension?

Robyn -

Can you obtain the following from Starburst:

Verify which version of Omnicast was delivered to CECOM as a result of the original delivery order of 20 Oct 99,

Verify any updates or upgrades delivered to CECOM as part of the software maintenance included in the lease pricing with the basic order and first option (20 October 1999-30 November 2000),

Confirm any delivery of updates or upgrades as part of standard commercial software support/maintenance after 14 March 2000 and acquisition of Starburst by Adero,

Confirm Logicon's delivery of software maintenance, as contracted, for the full basic and first option period beginning 20 October 1999-30 November 2000,

Confirm Logicon's ability to actually deliver software maintenance, as contractually proposed, for the full 12 month option period beginning on 1 December 2000.

Jerry -

Can you respond to the following:

Confirm Logicon's ability as of 1 December 2001 to sell additional Starburst Omnicast licenses to field ABCS as an operational system beyond the 60 licenses acquired for a limited user test under this special offer.

I am open to any comments for our response.

John dB

EXHIBIT 11
JARDENE L. PLATT, RPR, CSR No. 3724
DATE: 8-2-06

-----Original Message-----
From: Harry.Bryan@Gunter.AF.mil [mailto:Harry.Bryan@Gunter.AF.mil]
Sent: Thursday, October 17, 2002 8:10 AM
To: Delbando, John
Cc: Stegall, Joanna; Jeffrey.Titrud@Gunter.AF.mil; David.Schmitt@Gunter.AF.mil; Dianne.Ohlandt@Gunter.AF.mil
Subject: Contract F01620-94-D-0002 D.O. 5981 and Special Offer #330, Rev



000456

John,

Attached is a request for additional information regarding your claim against subject I-CASE DO.

I will fax the signed original to you an place it in the mail today.

If you have any questions, please give me a call.

Thanks,
Harry.

Harry Bryan
HQ SSG/PKS
Phone: 334-416-1102
Fax: 334-416-5796
DSN Prefix: 596

<<Request to NG for Additional Information 17 Oct 02.doc>>

**Nolan, Jeffrey C.**

From: Bernstein, Barry
Sent: Thursday, October 17, 2002 3:10 PM
To: Delbando, John; Nolan, Jeffrey C.
Subject: RE: Letter addressing CLAIM to Contract F01620-94-D-0002 D.O. 5981 and Special Offer # 330, Rev 3

Based upon the attached letter, what SSG wants is for us to provide evidence on 2 things: (1) that we were providing maintenance on the leased software up to the time of default (1A) we were willing and able to provide maintenance throughout the term of the lease (even though the supplier went out of business) and (2) we were willing and able to sell additional seats of software product, had such requirement been established during the full term of the lease.

-----Original Message-----
From: Delbando, John
Sent: Thursday, October 17, 2002 11:07 AM
To: Nolan, Jeffrey C.
Cc: Bernstein, Barry
Subject: Letter addressing CLAIM to Contract F01620-94-D-0002 D.O. 5981 and Special Offer #330, Rev 3

Jeff -

Please review and give a call.

John dB

-----Original Message-----
From: Harry.Bryan@Gunter.AF.mil [mailto:Harry.Bryan@Gunter.AF.mil]
Sent: Thursday, October 17, 2002 8:10 AM
To: Delbando, John
Cc: Stegall, Joanna; Jeffrey.Titrud@Gunter.AF.mil; David.Schmitt@Gunter.AF.mil; Dianne.Ohlandt@Gunter.AF.mil
Subject: Contract F01620-94-D-0002 D.O. 5981 and Special Offer #330, Rev 3

John,

Attached is a request for additional information regarding your claim against subject I-CASE DO.

I will fax the signed original to you an place it in the mail today.

If you have any questions, please give me a call.

Thanks,
Harry.

Harry Bryan
HQ SSG/PKS
Phone: 334-416-1102
Fax: 334-416-5796
DSN Prefix: 596

<<Request to NG for Additional Information 17 Oct 02.doc>> << File: Request to NG for Additional Information 17 Oct 02.doc >>

**Nolan, Jeffrey C.**

From: Delbando, John
Sent: Friday, October 25, 2002 5:31 PM
To: Nolan, Jeffrey C.; Bernstein, Barry
Cc: Speers, Guy
Subject: RE: CECOM Claim

Jeff -

I think it's a well written letter.

Some comments:

For the second question reply, you can elect to provide a copy of our P.O. with #s deleted to demonstrate Prime Contractor action.
Also, the 2nd question calls out maintenance POP 10/10/99 to 11/30/00. Customer maintenance expired 9/30/00 as they did not renew maintenance.
So they are inquiring about 2 months of maintenance which is not entitled but which we can document.
The Starburst invoice provided calls out maintenance POP 10/1/99 to 9/30/00. The Adero invoice calls maintenance POP 10/01/00 to 9/30/01.
Note (internal) that vendor was never given an order to maintenance after 9/30/00 and that the Adero invoice was never paid.

The last paragraph that addresses 2nd question states "nor would Logicon have invoiced the Government". We did not invoice Government for maintenance after initial year since we did not get an order from the Gov. for maintenance after 9/30/00.

Response to 4th question states "The period of performance for delivery of maintenance is, according to the delivery order, the date of shipment to the end of the fiscal year." The delivery order calls out for software maintenance CLIN: "One year from date of shipment of CLIN 0005 products." Since products were delivered in advance of the D.O. issuance, date of shipment for maintenance POP records is 10/20/99. So no way do they get maintenance coverage to 11/30/00 based on the original order.

Response to 5th question calls out: "would also continue to support any software patches or fixes (upgrades and updates)...".
I am not clear that "software patches or fixes" = "upgrades and updates".

In the Summary Bullet section, I recommend add as Bullet 6: CECOM did not renew software maintenance after the initial maintenance period.

John dB

-----Original Message-----
**From:** Nolan, Jeffrey C.
**Sent:** Friday, October 25, 2002 1:20 PM
**To:** Bernstein, Barry; Delbando, John
**Cc:** Speers, Guy
**Subject:** CECOM Claim

Barry and John,,
I have a very rough draft of our response to the government letter we received rgarding the CECOM Claim. I say ROUGH because, like the last time, I have thrown "everything plus the kitchen sink" into this letter and we may want to ratchet back a bit. Please feel free to mark up the letter as you see appropriate. And, if you have questions, please contact me on my cell phone over the weekend if necessary. Our deadline to get this to the customer is Tuesday the 29th. So, please have a look and let's make any changes we feel are necessary. I have not forwarded the attachments referenced in the letter to you, John or Guy (John, you already have them and Guy, you'll get the idea in reading the letter). Barry, I will fax the attachments to you momentarily so you can see what John and I have been looking at.

Jeff

<< File: CECOM Claim 2.doc >>

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS STANDARD SYSTEMS GROUP (SSG)
MAXWELL AIR FORCE BASE GUNTER ANNEX ALABAMA

17 Oct 2002

MEMORANDUM FOR JOHN DEL BANDO
NORTHROP GRUMMAN CORPORATION
COMPUTING SYSTEMS
222 WEST SIXTH STREET
SAN PEDRO CA 90731

FROM: HQ SSG/PKS
501 E. MOORE DR, BLDG 884
MAFB-GUNTER ANNEX AL 36114

SUBJECT: Contract F01620-94-D-0002 D.O. 5981 and Special Offer #330, Rev 3

1. We have previously acknowledged receipt of supporting documents on or about 1 August 2002 to support your claim, dated 12 June 2002. Based on materials provided by the user/customer, I want to provide an opportunity to you to provide any documents, e-mails, other records or statements that relate to the following issues:

Verify which version of Omnicast was delivered to CECOM as a result of the original delivery order of 20 Oct 99, JOANNA, ACCEPTANCE DOC.

Verify any updates or upgrades delivered to CECOM as part of the software maintenance included in the lease pricing with the basic order and first option (20 October 1999-30 November 2000),

Confirm any delivery of updates or upgrades as part of standard commercial software support/maintenance after 14 March 2000 and acquisition of Starburst by Adero,

Confirm Logicon's delivery of software maintenance, as contracted, for the full basic and first option period beginning 20 October 1999-30 November 2000, — CHECK W/ JOANNA, W/ CONTRACT.

Confirm Logicon's ability to actually deliver software maintenance, as contractually proposed, for the full 12 month option period beginning on 1 December 2000,

Confirm Logicon's ability as of 1 December 2001 to sell additional Starburst Omnicast licenses to field ABCS as an operational system beyond the 60 licenses acquired for a limited user test under this special offer. NEED DETAILS OF THIS

EXHIBIT 12
JARDENE L. PLATT, RPR, CSR No. 3724
DATE: 8-2-06

000454

No why

What about the book we provided?

2. In the event that you are unable to provide documentation of these communications, I will have to consider only the documentation provided by CECOM to determine the facts surrounding the performance of this contract prior to the disputed option exercise. Please confirm that the certification in your claim applies to these additional documents as to accuracy and completeness. These records should be provided within 5 calendar days so that I can consider them in the final decision. If you require additional time to comply with this request, please let me know as soon as possible, as we will need to extend the date for issuance of a final decision. Thank you for your prompt response.

3. If you require any additional information concerning this matter, please contact the undersigned at 334-416-1102 or e-mail harry.bryan@gunter.af.mil.

HARRY M. BRYAN III
Contracting Officer

cc: J. Titrud (HQ SSG/JA)
D. Schmitt (HQ SSG/ITS)
D. Ohlandt (HQ SSG/PKP)