**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 05-595C** |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | **Hon. Loren A. Smith, Senior Judge** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Plaintiff's Motion for Summary Judgment is granted and defendant's cross-motion is denied. The Clerk is directed to enter judgment for plaintiff in the amount of $570,000, plus interest under the Contract Disputes Act of 1978 from the Claim Date, March 29, 2005.

Dated: ______________________

______________________________
Honorable Loren Smith, Senior Judge