IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-595C |
| THE UNITED STATES, | ) | (Senior Judge Smith) |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Because of the unavailability of an important Government witness in this matter, we respectfully request a one-day enlargement to file our cross-motion for summary judgment and response to plaintiff's motion for summary judgment, until December 20, 2006. In accordance with the Court's August 30, 2006 scheduling order, this filing is presently due on December 19, 2006. This our first request for enlargement in this matter and plaintiff's counsel does not oppose it.

We seek this enlargement because Mr. Joe Johnson, an important agency witness who may provide a declaration for our cross-motion and response, is unavailable for consultation this week due to his involvement in a GAO bid protest. We anticipate that he will be available for consultation early next week, allowing for a filing of our motion incorporating his information by December 20. Because the Court's scheduling order set forth dates for the parties' reply briefs, we respectfully request that they be extended an additional business day as well. Accordingly, plaintiff's response and reply would be due on January 22, 2007 and the Government's reply would be due on February 5, 2006.

Accordingly, we respectfully request that the Court grant this unopposed motion for enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7586
Fax: (202) 514-7969

Attorneys for Defendant

December 13, 2006