# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | | |
| NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC. | * | |
| *Plaintiff,* | * | No. 05-595C |
| v. | * | |
| THE UNITED STATES, | * | Filed: December 15, 2006 |
| *Defendant.* | * | Senior Judge Smith |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

The Court hereby GRANTS Defendant's Unopposed Motion for Enlargement of Time. Defendant's Response shall be filed and served on or before December 20, 2006.

**It is so ORDERED**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge