CERTIFIED COPY

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

NORTHROP GRUMMAN )
INFORMATION TECHNOLOGY, INC. ) Case No. 05-595C
Plaintiff, ) (Senior Judge Smith)
vs. )
THE UNITED STATES, ) Pages 1-60
Defendant. )
______________________________)

DEPOSITION OF:
JOHN DEL BANDO
THURSDAY, AUGUST 3, 2006
9:27 A.M.

REPORTED BY:
JARDENE L. PLATT,
RPR, CSR No. 3724



LEGALINK® A MERRILL COMPANY
www.merrillcorp.com
1363 Donlon St Suite 8 Ventura, CA 93003 tel (805) 644-1986 tel (800) 438-2226 fax (805) 644-6582
20750 Ventura Blvd Suite 205 Woodland Hills, CA 91364 tel (818) 593-2300 tel (800) 826-0277 fax (818) 593-2301
GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

moved on from I-CASE to these other IDIQ-type contracts, such as GSA, we were not developing software per se there or testing it or anything else. We were reselling it.

So as such, other parts of Logicon in San Pedro got divvied out to those parts of Northrop Grumman where it was appropriate as far as their development staff and technical engineers. But since we resold COTS software, they determined that our fit was to tag us onto a company -- to that part of Northrop Grumman called Northrop Grumman Information Technology. I don't know if it was called so at that time.

But within Northrop Grumman Information Technology there is a part called Computing Systems. Computing Systems was our previous competitor in that market that was previously called Fed Data. So Northrop Grumman acquired Fed Data, also Logicon. So they determined because of our business model, which was to resell COTS software, that they would attach us or make us part of Computing Systems which is in Greenbelt, Maryland.

Q. Was Computing Systems a wholly-owned subsidiary of Northrop Grumman?

A. You know, I don't -- I don't know. I

think so -- I don't recall for sure. I don't recall for sure. But we maintained our business model of reselling. Fed Data -- Computing Systems, their business model was pretty much the same as the Fed Data business model, was to resell software, whatever needs there might be as far as quantity. We focused -- although we would -- we would give anybody what they needed, we focused on the bigger deals such that we can capture enterprise licenses, set up leasing, set up upgrades over longer periods.

So we were -- we were very successful for our manpower. We had about 13, 14 people in San Pedro and we had a marketing leg in Arlington that dealt with the D.C. people. And as such, our group -- we considered our -- we remained intact but we were attached to Computing Systems.

So that's how -- I guess your question was at first how does Logicon fit in with Northrop Grumman. I am speaking as to my part of it at Logicon which became Northrop Grumman -- a part of Northrop Grumman Computing Systems and how our business model was deemed to fit with Computing Systems, although we pretty much remained intact as far as our operations.

Q. Do you know when you became part of Northrop Grumman Computing Systems?