IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-595C |
| THE UNITED STATES, | ) | (Senior Judge Smith) |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S**
**PROPOSED FINDINGS OF UNCONTROVERTED FACT**

In accordance with Rule 56(h)(2) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully submits the following response to plaintiff's "Proposed Findings Of Uncontroverted Fact," dated November 15, 2006.

1. Agrees.

2. Agrees.

3. Agrees.

4. Agrees.

5. Agrees that Mr. Johnson signed the "essential need letter," located at page 84 of plaintiff's appendix, which was drafted by Logicon personnel.

6. Disagrees. This statement is not a proposed finding of uncontroverted fact, but is a conclusion of law.

7. Disagrees. Mr. Johnson's declaration makes clear that the software met an essential need for the ABCS 6.0 system. Johnson Dec. 3.[1]

---

[1] "Johnson Dec. __" refers to a paragraph of Mr. Johnson's declaration, filed with "Defendant's Proposed Findings Of Uncontroverted Facts."

8. Agrees only that Mr. Bernstein testified that he "would not have allowed Northrop Grumman to acquire the software from Starburst had we not 100 percent known that CECOM was going to continue through this transaction." App. 287-88.[2]

9. Agrees.

10. Agrees that the Army declined to exercise its renewal, but that decision was also based upon Starburst's decision to no longer support the Omnicast software and to not issue promised upgrades. Johnson Dec. 8-10. Agrees that the additional two terms upon the lease totalled $570,000.

11. Agrees.

12. Disagrees. This statement is not a proposed finding of uncontroverted fact, but is a conclusion of law.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

[2] "App. __" refers to a page of the appendix attached to plaintiff's "Proposed Findings Of Uncontroverted Fact."

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7586
Fax: (202) 514-7969

Attorneys for Defendant

December 20, 2006