# In the United States Court of Federal Claims

| | | |
|---|---|---|
| NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC. | * | |
| *Plaintiff,* | * | No. 05-595C |
| v. | * | |
| THE UNITED STATES, | * | Filed: January 3, 2007 |
| *Defendant.* | * | Senior Judge Smith |

**SCHEDULING ORDER**

The Court hereby RESCHEDULES oral argument previously scheduled for February 15, 2007. Oral Argument shall be heard on Tuesday, February 27, 2007 at 2:00 p.m., National Courts Building, Courtroom #9.

**It is so ORDERED**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge