**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **Northrop Grumman Information Technology, Inc.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 05-595C** |
| | ) | |
| **The United States of America** | ) | **Hon. Loren A. Smith, Senior Judge** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT**

1. Agrees.

2. Agrees.

3. Agrees.

4. Agrees.

5. Agrees with first sentence that Logicon provided the "letter of essential need," but do not agree it was provided by Mr. Del Bando, and there is testimony Mr. Bernstein prepared it. App. 198. Agrees with second sentence. Agrees with third sentence. Disagrees with the fourth sentence as it relates to Logicon; specifically, there is no evidence that Mr. Johnson ever spoke to Mr. Del Bando, and Mr. Johnson's declaration (see ¶ 7) does not assert that he did. Mr. Johnson also never spoke to Logicon about the subject.

6. Agrees.

7. Agrees with first sentence. Disagrees with the second sentence, as the lease is dated later than the letter of essential need and cross references to it.

8. Agrees.

9. Agrees.

10. Agrees with first and second sentence. Disagrees with third sentence, as Mr. Johnson's declaration is inconsistent with his deposition where he never said Mr. O'Brien made promises. App. 65-67.

11. Agrees.

12. Agrees.

13. Agrees.

14. Disagrees. See Geltner declaration and exhibits thereto. Logicon, Inc. ultimately changed its name to Northrop Grumman Information Technology, Inc.

15. Agrees, but notes that failing to make payments was not the only allegation of breach.

16. Agrees.

17. Agrees.

Dated: January 17, 2007

Respectfully submitted,

/s/ Michael E. Geltner, Esq.
Michael E. Geltner, Esq.
Geltner & Associates, P.C.
10 E Street, S.E.
Washington, D.C. 20003
T: (202) 547-1136
F: (202) 547-1138

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Plaintiff's Response to Defendant's Proposed Findings of Uncontroverted Fact was sent this 17th day of January, 2007 by electronic filing transmission to:

J. Reid Prouty, Esq.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attention: Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530

/s/ Michael E. Geltner, Esq.