CERTIFIED COPY

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

NORTHROP GRUMMAN )
INFORMATION TECHNOLOGY, INC. ) Case No. 05-595C
Plaintiff, ) (Senior Judge Smith)
vs. )
THE UNITED STATES, ) Pages 1-60
Defendant. )
_______________________________)

DEPOSITION OF:

JOHN DEL BANDO
THURSDAY, AUGUST 3, 2006
9:27 A.M.

REPORTED BY:

JARDENE L. PLATT,
RPR, CSR No. 3724



LEGALINK® A MERRILL COMPANY
www.merrillcorp.com
1363 Donlon St
Suite 8
Ventura, CA 93003
tel (805) 644 1986
tel (800) 438 2226
fax (805) 644-6582
20750 Ventura Blvd
Suite 205
Woodland Hills, CA 91364
tel (818) 593-2300
tel (800) 826-0277
fax (818) 593-2301
GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

I was also involved in all the big deals as well as all the small deals. So I mean --

Q. That helps. I am going to show you what was Exhibit 2 to Mr. Bernstein's deposition. And take just a moment to take a quick look at that.

Okay?

A. Okay.

Q. Does that look familiar to you?

A. Looks familiar.

Q. And how so?

A. Well, whenever there was a lease with a -- from whenever -- a hundred percent of the time, but I -- from what I recall, that's the case. Whenever there was a lease agreement with any government agency, a letter of essential need had to be put in place to substantiate a document that yea, verily they need this stuff and they are willing to go into a lease agreement. This Paragraph 3 stipulates that, you know -- except for not basically getting the fiscal year funding, then they are obligated to the lease essentially.

So yes, I remember these letters. They are pretty much consistent with each of the lease agreements -- whenever there was a lease agreement.

Q. And this letter is attention to you, but

would you have been the person who requested it?

A. No. Barry pretty much -- Barry and the specific marketing lead, according -- I would receive it and file it, but I did not work directly with drafting this or anything else.

Q. By the fact it's signed by Mr. Johnson from CECOM, would it have been drafted initially by somebody on your staff or somebody from Northrop Grumman?

A. It was pretty much in place as boilerplate with the specifics to fill in as far as the customer, et cetera. As you can see from the "from," it's just pencil- -- it's penned in. It was pretty much a boilerplate that met our needs and adjustments were made for the specific customer and the product, et cetera, and the subcontractor.

Q. A moment ago you said you needed these because you needed to have something that would say yea, verily we have the need, et cetera. I understand that's what this document did. But why was it important for you to have as Northrop Grumman this letter actually saying those things? I know it represents -- but why did you actually have to have it?

A. Well, I needed to go forward with the deal

as far as my end as contracts. Barry had set it up pretty much with the marketing lead. I could give you -- my understanding is that we needed to substantiate one, with the customer that you -- you have a lease here that you are obligated to. You do have a need for this particular software and two, to the leasing company, if that's the case, that yea, verily -- they want this stuff and they are willing to sign for this lease, so basically to help reduce -- help them understand that their risk is reduced since they are dealing with the U.S. Government.

Q. And you partly answered the question. You explained to me sort of what this does, but I still don't -- my more basic question is why is it that you needed to have them actually make these representations. Why did you need to tell the leasing company that they had this need for -- why did you need to happen?

A. You know, I didn't deal directly with the leasing company, so I don't know what agreements or -- were in place between Barry or our other management with the leasing companies to ascertain that this is indeed a -- there is a requirement for this document.

Q. Yes.

A. I just understand it as this is what it

does. Now, the specifics on the requirement, it just -- I mean, there is no procedure that says check, you need to have this in place.

Q. Yes.

A. But that was -- that was part of the package to make it happen. The why and wherefore behind it, I can only explain my part of it, is I have seen the logic and having it in place and we wouldn't go forward without it. But what established that as a requirement, I really can't say. Just that okay, that makes sense and to go ahead forward with this, this is what we need to have in the file.

Q. Okay. I take it that this is something that Barry took care of, "Barry" meaning Barry Bernstein.

A. Between Barry and the marketing lead and maybe the marketing manager.

Q. So despite your name being on it, you really wouldn't be involved except accepting it after it had been provided by somebody on the staff.

A. Accepting it. Make sure it's available in the file to be able to refer to and pull out when needed.

Q. Very good. We are done with that document for now.



LegaLink, a Merrill Communications Company
800-826-0277 818-593-2300 Fax 818-593-2301 www.legalink.com