IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHROP GRUMMAN COMPUTING SYSTEMS, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-23C |
| THE UNITED STATES OF AMERICA, | ) | Senior Judge Loren Smith |
| Defendant. | ) | |

**STIPULATION FOR DISMISSAL PURSUANT TO R.C.F.C. 41(a)**

It is agreed this action is dismissed without prejudice.

Respectfully submitted,

MICHAEL E. GELTNER, ESQ.
Geltner & Associates, P.C.
Number 10 E Street, S.E.
Washington, DC 20003
Tel: (202) 547-1136
Fax: (202) 547-1138
Attorney for Plaintiff

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

BRIAN M. SIMKIN
Assistant Director

JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 307-6289
Fax: (202) 514-7969
Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 20th day of October 2004, I caused to be placed in the United States mail (first-class mail, postage prepaid) copies of "STIPULATION FOR DISMISSAL PURSUANT TO RCFC 41(a)" addressed as follows:

Michael E. Geltner, Esq.
Geltner & Associates, PC
Number Ten Street, S.E.
Washington, DC 20003

Estelle M. Brown