# Delaware



The First State

*I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF OWNERSHIP, WHICH MERGES:*

*"LOGICON, INC.", A CALIFORNIA CORPORATION,*

*WITH AND INTO "LOGICON, INC." UNDER THE NAME OF "LOGICON, INC.", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE FOURTEENTH DAY OF AUGUST, A.D. 1978, AT 2 O'CLOCK P.M.*

Harriet Smith Windsor

Harriet Smith Windsor, Secretary of State

*0857847 8100M*

*060928672*

*AUTHENTICATION: 5104309*

*DATE: 10-11-06*

# CERTIFICATE OF OWNERSHIP AND MERGER

MERGING

LOGICON, INC.
a California corporation

INTO

LOGICON, INC.
a Delaware corporation

LOGICON, INC. (hereinafter referred to as "Logicon California"), a corporation organized and existing under the laws of the State of California, does hereby certify:

FIRST: That this corporation was incorporated on April 10, 1961 pursuant to the General Corporation Law of the State of California, the provisions of which permit the merger of a corporation organized and existing under the laws of another state and a corporation organized and existing under the laws of the State of California.

SECOND: That this corporation owns all of the outstanding shares of the stock of Logicon, Inc. (hereinafter referred to as "Logicon Delaware"), a corporation incorporated July 28, 1978 pursuant to the General Corporation Law of the State of Delaware.

THIRD: That the directors of Logicon California, by the following preambles and resolutions of its Board of Directors, duly adopted at a meeting held on July 31, 1978, determined to merge Logicon California into Logicon Delaware:

> "WHEREAS, the Board of Directors of this corporation has heretofore authorized the submission to the shareholders of the corporation of a proposal to merge this corporation into its wholly-owned subsidiary, Logicon, Inc., a Delaware corporation ("Logicon Delaware"); and

"WHEREAS, the proposal to merge this corporation into Logicon Delaware was approved by the holders of a majority of the outstanding stock of this corporation entitled to vote thereon at the Annual Meeting of Shareholders held on July 31, 1978.

"NOW, THEREFORE, BE IT RESOLVED that this corporation shall merge itself into Logicon Delaware, which shall assume all of the obligations of this corporation.

"RESOLVED FURTHER, that the merger shall become effective upon the filing of a Certificate of Ownership and Merger in the Office of the Secretary of State of the State of Delaware.

"RESOLVED FURTHER, that upon the effective date of the merger, each outstanding share of common stock of this corporation shall become one fully paid and nonassessable share of common stock of Logicon Delaware, without any action on the part of the holder thereof, and all outstanding certificates which prior to that time represented shares of common stock of this corporation shall be deemed for all purposes to evidence ownership of and to represent the shares of common stock of Logicon Delaware into which the shares represented by such certificates will have been converted as provided herein.

"RESOLVED FURTHER, that upon the effective date of the merger, all shares of stock of Logicon Delaware held of record by this corporation shall be cancelled without any action on the part of the holder thereof.

"RESOLVED FURTHER, that after the effective date of merger, each holder of a certificate which prior to the effective date of the merger represented common stock of this corporation shall, upon the surrender of such certificates to Logicon Delaware or its transfer agent, be entitled to receive in exchange therefor a certificate or certificates representing an equal aggregate number of shares of the common stock of Logicon Delaware.

"RESOLVED FURTHER, that the appropriate officers of this corporation be and they hereby are authorized and directed to make and execute a Certificate of Ownership and Merger setting forth a copy of the preambles and resolutions providing for the merger of this corporation into Logicon Delaware, and the date of adoption thereof, and to cause said Certificate to be filed

with the Secretary of State of the State of Delaware and a certified copy thereof to be recorded in the Office of the Recorder of New Castle County and to do all acts and things whatsoever, whether within or without the State of Delaware, which may be in any way necessary or appropriate to effect the merger."

FOURTH: That the merger has been approved by a majority of the outstanding stock of Logicon California entitled to vote thereon at an Annual Meeting of Shareholders duly called and held after at least twenty days' notice of the purpose of the meeting was mailed to each shareholder of record of Logicon California at his address as it appears on the records of said corporation.

FIFTH: Anything herein or elsewhere to the contrary notwithstanding, this merger may be terminated and abandoned by the Board of Directors of Logicon California at any time prior to the filing of this Certificate of Ownership and Merger with the Secretary of State of the State of Delaware.

IN WITNESS WHEREOF, Logicon California has caused this certificate to be signed by John R. Woodhull, its President, and attested by John K. Brigden, its Secretary, this 11th day of August, 1978.

LOGICON, INC.

By: [signature]
John R. Woodhull, President

ATTEST:

[signature]
John K. Brigden, Secretary

00014