# Delaware



*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF OWNERSHIP, WHICH MERGES:

"LOGICON FDC, INC.", A DELAWARE CORPORATION,

WITH AND INTO "LOGICON, INC." UNDER THE NAME OF "LOGICON, INC.", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE TWENTY-NINTH DAY OF JUNE, A.D. 2001, AT 9:10 O'CLOCK A.M.

Harriet Smith Windsor

Harriet Smith Windsor, Secretary of State

0857847 8100M

060928672

AUTHENTICATION: 5104310

DATE: 10-11-06

06/28/2001 THU 19:23 FAX 213 617 5506 SHEPPARD MULLIN 002/003

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 09:15 AM 06/29/2001
010315359 - 0857847

CERTIFICATE OF MERGER
OF
STERLING SOFTWARE (U.S.), INC.,
a Delaware corporation

INTO

LOGICON, INC.,
a Delaware corporation

The undersigned corporation organized and existing under and by virtue of the General Corporation Law of Delaware,

DOES HEREBY CERTIFY:

FIRST: That the name and state of incorporation of each of the constituent corporations of the merger is as follows:

| NAME | STATE OF INCORPORATION |
|---|---|
| Sterling Software (U.S.), Inc. | Delaware |
| Logicon, Inc. | Delaware |

SECOND: That an agreement of merger between the parties to the merger has been approved, adopted, certified, executed and acknowledged by each of the constituent corporations in accordance with the requirements of Section 251 of the General Corporation Law of Delaware.

THIRD: That the name of the surviving corporation of the merger is LOGICON, INC.

FOURTH: That the Certificate of Incorporation of Logicon, Inc., a Delaware corporation, which will survive the merger, shall be the Certificate of Incorporation of the surviving corporation.

FIFTH: That the executed Agreement of Merger is on file at an office of the surviving corporation, the address of which is 1840 Century Park East, Los Angeles, California 90067.

SIXTH: That a copy of the Agreement of Merger will be furnished by the surviving corporation, on request and without cost, to any stockholder of any constituent corporation.

Dated: June 29, 2001 LOGICON, INC.

By: Kathleen M Salmas
Kathleen M. Salmas
Assistant Secretary