# Delaware



*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "LOGICON, INC.", CHANGING ITS NAME FROM "LOGICON, INC." TO "NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC.", FILED IN THIS OFFICE ON THE TWELFTH DAY OF OCTOBER, A.D. 2001, AT 2 O'CLOCK P.M.

Harriet Smith Windsor

Harriet Smith Windsor, Secretary of State

0857847 8100

060928672

AUTHENTICATION: 5104311

DATE: 10-11-06

CERTIFICATE OF AMENDMENT
OF
CERTIFICATE OF INCORPORATION
OF

LOGICON, INC.

The undersigned, John H. Mullan, Secretary of Logicon, Inc., a corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware,

DOES HEREBY CERTIFY:

FIRST: That First Article of the Certificate of Incorporation be and it hereby is amended in its entirety to read as follows:

> The name of the corporation is NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC.

SECOND: That in lieu of a meeting and vote of stockholders, the stockholders of a majority of the company's common stock have given their written consent to said amendment in accordance with the provisions of Section 228 of the General Corporation Law of the State of Delaware.

THIRD: That the aforesaid amendment was duly adopted in accordance with the applicable provisions of Sections 242 and 228 of the General Corporation Law of the State of Delaware.

FOURTH: That the capital of said corporation shall not be reduced under or by reason of said amendment.

IN WITNESS WHEREOF, I have signed this certificate this 5th day of October, 2001.

John H. Mullan

certamdngisaintl.nmcbg

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 02:00 PM 10/12/2001
010509409 - 0857847