# In the United States Court of Federal Claims

| | | |
|---|---|---|
| NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC. | * | |
| *Plaintiff,* | * | No. 05-595C |
| v. | * | |
| THE UNITED STATES, | * | Filed: January 30, 2007 |
| *Defendant.* | * | Senior Judge Smith |

## ORDER

Pursuant to the telephone conference call, the undersigned hereby RECUSES itself in the above captioned matter pursuant to 28 U.S.C. § 455(b)(4). The Clerk is DIRECTED to reassign this matter.

**It is so ORDERED**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge