ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-595C

FILED
OCT 9 2007
U.S. COURT OF FEDERAL CLAIMS

NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**NOTICE OF APPEAL**

Please take notice that plaintiff hereby appeals to the United States Court of Appeals for the Federal Circuit from the Judgment of this Court entered August 17, 2007, Order Granting Summary Judgment of August 14, 2007 and all orders underlying the foregoing.

Respectfully submitted,

Michael E. Geltner, Esq.
Geltner & Associates, P.C.
Number 10 E Street, S.E.
Washington, DC 20003-2611
T: (202) 547-1136
F: (202) 547-1138

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appeal was sent via first class mail, postage prepaid, this 9th day of October, 2007 to the following:

J. Reid Prouty, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attention: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530

Michael E. Geltner, Esq.